JORGE GUADARRAMA P.54739
CALIPATRIA STATE PRISON
P.O. BOX. 5002, ASU 138 LOW
CALIPATRIA, CALIFORNIA. 92233

IN PRO PER

| 2294 | 1983 ✓ |
| --- | --- |
| FILING FEE PAID | |
| Yes ___ | No ✓ |
| IFP MOTION FILED | |
| Yes ✓ | No ___ |
| COPIES SENT TO | |
| Court ✓ | ProSe |

FILED

2008 JAN 14 PM 3 39

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY


IN THE UNITED STATES DISTRICT COURT FOR

THE SOUTHERN DISTRICT OF CALIFORNIA


JORGE GUADARRAMA

        PLAINTIFF,

V.

THE STATE OF CALIFORNIA;
JAMES E. TILTON, THE SECRETARY
FOR C.D.C.R; L.E. SCRIBER, THE
WARDEN; M. LEVIN, CMO; K. BALL,
M.D.; F. LO, M.D.; C. GRAY, SRN;
M. CORREA, SRN; E. ORDUNO, RN;
S. ORTIZ, RN; AND DOES 1
THROUGH 15, INCLUSIVE,

        DEFENDANTS',

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

'08 CV 0078 H AJB

CIVIL CASE NO.:

CIVIL RIGHTS COMPLAINT
FOR MONEY DAMAGES;
DECLARATORY AND
INJUNCTIVE RELIEF;
DEMAND FOR JURY
TRIAL.


JURISDICTION


1. THIS ACTION IS BROUGHT PURSUANT TO 42
U.S.C. § 1983. THEREFORE, JURISDICTION IS PROPER
UNDER 28 U.S.C. §§ 1331 AND 1343.

## VENUE

2. ALL OF THE CONDUCT GIVING RISE TO THE CLAIMS ALLEGED HEREIN AROSE IN C.D.C.R , CALIPATRIA STATE PRISON , CALIFORNIA . THEREFORE , VENUE IS PROPER UNDER 28 U.S.C. § 1391 (b)(3) .

## INTRODUCTION

3. THIS CIVIL RIGHTS COMPLAINT IS FOR MONEY DAMAGES BROUGHT UNDER 42 U.S.C. § 1983 AGAINST PRISON MEDICAL PERSONNEL AND PRISON OFFICIALS FOR VIOLATIONS OF PLAINTIFF PROTECTED UNITED STATE CONSTITUTIONAL RIGHTS . PLAINTIFF SEEK DECLARATORY AND INJUNCTIVE RELIEF PURSUANT TO 28 U.S.C. § 2201 AND 2202 , AND REQUESTING JURY TRIAL .

## PARTIES

4. PLAINTIFF JORGE GUADARRAMA IS A 27 YEAR OLD MALE, MEXICAN AMERICAN RESIDENT OF THE STATE OF CALIFORNIA , CURRENTLY INCARRCERATED BY THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION ("C.D.C.R") AT CALIPATRIA STATE PRISON ("CAL") IN CALIPATRIA , CALIFORNIA . AT ALL TIMES MENTIONED IN THIS COMPLAINT, PLAINTIFF IS AND WAS A PRISONER WITHIN

1   THE C.D.C.R SYSTEM.

2   5. DEFENDANT JAMES E. TILTON IS, AND AT ALL
3   TIMES MENTIONED HEREIN WAS EMPLOYED BY
4   THE DEPARTMENT OF CORRECTIONS AND REHA-
5   BILITATION ("C.D.C.R") AS THE SECRETARY. IN THIS
6   POSITION DEFENDANT JAMES E. TILTON, IS AND
7   HAS BEEN RESPONSIBLE FOR THE SUPERVISION
8   OF SUBORDINATE PERSONNEL, AS WELL FOR
9   ASSURING THAT ALL INMATES' WITHIN C.D.C.R,
10  INCLUDING CALIPATRIA STATE PRISON RECEIVE
11  PROPER MEDICAL CARE, DIAGNOSIS, AND
12  TREATMENT.

13  6. DEFENDANT L.E. SCRIBNER IS, AND AT ALL
14  TIMES MENTIONED HEREIN WAS EMPLOYED BY
15  THE DEPARTMENT OF CORRECTIONS AND REHA-
16  BILITATION AS THE WARDEN AT CALIPATRIA
17  STATE PRISON. IN THIS POSITION DEFENDANT
18  L.E. SCRIBNER IS AND HAS BEEN RESPONSIBLE
19  FOR THE SUPERVISION OF SUBORDINATE PERSON-
20  NEL, AS WELL FOR THE SAFETY AND PROTECTION
21  OF ALL INMATES' AT THAT INSTITUTION, INCLUDING
22  PLAINTIFF.

23  7. DEFENDANT M. LEVIN, M.D. IS, AND AT ALL
24  TIMES MENTIONED HEREIN WAS EMPLOYED BY
25  THE C.D.C.R AS A CHIEF MEDICAL OFFICER
26  ("CMO") AT CALIPATRIA STATE PRISON. IN THIS
27  POSITION DEFENDANT M. LEVIN, IS AND HAS
28  BEEN RESPONSIBLE FOR THE SUPERVISION OF

SUBORDINATE PERSONNEL, AS WELL FOR THE
PROPER MEDICAL CARE, DIAGNOSIS, AND
TREATMENT OF ALL INMATES' AT THAT INSTI-
TUTION, INCLUDING PLAINTIFF.

8. DEFENDANT K. BALL, M.D. IS, AND AT ALL
TIMES MENTIONED HEREIN WAS EMPLOYED BY
THE C.D.C.R AS A PHYSICIAN AND SURGEON, A
CHIEF PHYSICIAN AND SURGEON, AND/OR A CMO
AT CALIPATRIA STATE PRISON. IN THIS POSITION
DEFENDANT K. BALL, IS AND HAS BEEN RESPON-
SIBLE FOR THE SUPERVISION OF SUBORDINATE
PERSONNEL, AS WELL FOR THE PROPER MEDICAL
CARE, DIAGNOSIS, AND TREATMENT OF ALL
INMATES' AT THAT INSTITUTION, INCLUDING
PLAINTIFF.

9. DEFENDANT F. LO, M.D. IS, AND AT ALL TIMES
MENTIONED HEREIN WAS EMPLOYED BY THE
C.D.C.R AS A PHYSICIAN AND SURGEON AT
CALIPATRIA STATE PRISON. IN THIS POSITION
DEFENDANT F. LO, IS AND HAS BEEN RESPON-
SIBLE FOR THE SUPERVISION OF SUBORDINATE
PERSONNEL, AS WELL FOR THE PROPER MEDICAL
CARE, DIAGNOSIS AND TREATMENT OF ALL
INMATES' AT THAT INSTITUTION, AND WAS
PLAINTIFF PRIMARY CARE PROVIDER ("PCP")
ON OCTOBER 26, 2005 THROUGH MARCH 30,
2006.

10. DEFENDANT C. GRAY, SRN IS, AND AT ALL TIMES MENTIONED HEREIN WAS EMPLOYED BY THE C.D.C.R AS A REGISTERED NURSE, AND/OR A SUPERVISING REGISTERED NURSE ("SRN") AT CALIPATRIA STATE PRISON. IN THIS POSITION DEFENDANT C. GRAY, IS AND HAS BEEN RESPON- SIBLE FOR THE SUPERVISION OF SUBORDINATE PERSONNEL, AS WELL FOR THE PROPER MEDICAL CARE, DIAGNOSIS, AND TREATMENT OF ALL INMATES' AT THAT INSTITUTION, INCLUDING PLAINTIFF.

11. DEFENDANT M. CORREA, SRN IS, AND AT ALL TIMES MENTIONED HEREIN WAS EMPLOYED BY THE C.D.C.R AS A REGISTERED NURSE, AND/OR A SUPERVISING REGISTERED NURSE ("SRN") AT CALIPATRIA STATE PRISON. IN THIS POSITION DEFENDANT M. CORREA, IS AND HAS BEEN RESPONSIBLE FOR THE SUPERVISION OF SUBOR- DINATE PERSONNEL, AS WELL FOR THE PROPER MEDICAL CARE, DIAGNOSIS, AND TREATMENT OF ALL INMATES' AT THAT INSTITUTION, INCLUDING PLAINTIFF.

12. DEFENDANT E. ORDUNO, RN IS, AND AT ALL TIMES MENTIONED HEREIN WAS EMPLOYED BY THE C.D.C.R AS A REGISTERED NURSE ("RN") AT CALIPATRIA STATE PRISON. IN THIS POSITION DEFENDANT E. ORDUNO, IS AND HAS BEEN RESPONSIBLE FOR THE PROPER MEDICAL CARE,

1  DIAGNOSIS, AND TREATMENT OF ALL INMATES'
2  AT THAT INSTITUTION, INCLUDING PLAINTIFF.
3     13. DEFENDANT S. ORTIZ, RN IS, AND AT ALL
4  TIMES MENTIONED HEREIN WAS EMPLOYED BY
5  THE C.D.C.R AS A REGISTERED NURSE ("RN") AT
6  CALIPATRIA STATE PRISON. IN THIS POSITION
7  DEFENDANT S. ORTIZ, IS AND HAS BEEN RESPON-
8  SIBLE FOR THE PROPER MEDICAL CARE, DIAGNOSIS,
9  AND TREATMENT OF ALL INMATES' AT THAT
10  INSTITUTION, INCLUDING PLAINTIFF.
11     14. AT ALL TIMES MENTIONED IN THIS COMPLAINT
12  EACH INDIVIDUAL DEFENDANT WAS ACTING
13  UNDER COLOR OF STATE LAW.
14     15. AT ALL TIMES MENTIONED IN THIS
15  COMPLAINT, EACH INDIVIDUAL DEFENDANT WAS
16  ACTING IN THEIR OFFICIAL CAPACITY AND IN
17  THE SCOPE AND COURSE OF THEIR EMPLOYMENT.
18     16. ALL OF THE DEFENDANTS', AND EACH OF
19  THEM, ARE ALSO SUED IN THEIR INDIVIDUAL
20  CAPACITIES FOR THE CLAIMS ALLEGED IN THIS
21  COMPLAINT.
22     17. AT ALL TIMES MENTIONED IN THIS
23  COMPLAINT, THE DEFENDANTS' 5 THROUGH
24  11 ARE RESPONSIBLE AND LIABLE FOR THE
25  ACTS, OF DEFENDANTS' MENTIONED IN THIS
26  COMPLAINT, WHO HAVE COMMITTED CONSTITUTIONAL
27  VIOLATION'S PURSUING TO AN OFFICIAL POLICY,
28  LONGSTANDING PRACTICE, AND CUSTOM,

WHICH CONSTITUED STANDARD OPERATIONAL
PROCEDURAL BEING THAT DEFENDANTS' 5
THROUGH 11 ARE OFFICIAL FINAL POLICY
MAKING AUTORITY FOR C.D.C.R , AND ALSO THE
DEFEUDANTS' 7,8,9, 10, AND 11 ARE AS
AFORESAID FOR MEDICAL STAFF.

18. PLAINTIFF, IS INFORMED AND BELIEVES,
AND ON THE BASIS OF SUCH INFORMATION AND
BELIEF ALLEGES, THAT EACH OF DOES 1 THROUGH
15 IS RESPONSIBLE IN SOME MANNER FOR
THE VIOLATIONS ALLEGED IN THIS COMPLAINT.
THE TRUE NAMES AND CAPACITIES OF SAID
DOES 1 THROUGH 15, ARE PRESENTLY UNKNOWN
TO PLAINTIFF, THEREFORE SUES SAID DOES 1
THROUGH 15 , BY SUCH FICTITIOUS NAMES AND
WILL SEEK LEAVE TO AMEND THIS COMPLAINT
TO ADD THEIR TRUE NAMES AND CAPACITIES
WHEN THE SAME HAVE BEEN ASCERTAINED .

## FACTS

19. ON MONDAY, APRIL 03, 2006, DEFENDANT E. ORDUNO WITH THE FULL KNOWLEDGE, AND COOPERATION OF DEFENDANT S. ORTIZ, HAD PROVIDED DEFENDANT F. LO WITH FALSE MEDICAL INFORMATION IN REFERENCE TO PLAINTIFF ARTIFICIAL APPLIANCES (I.E., HAND SPLINTS). THAT PLAINTIFF WAS NOT WEARING HIS SPLINTS.

20. DEFENDANTS' E. ORDUNO, AND S. ORTIZ IGNORED CLEAR MEDICAL GUIDELINES AS PRESCRIBED AND EXPLAINED BY PLAINTIFF'S THERAPIST.

21. ON MONDAY, APRIL 03, 2006, DEFENDANT F. LO, WITH FALSE, AND FABRICATED MEDICAL INFORMATION IN PARAGRAPH #19, ATTEMPTED TO DEPRIVE PLAINTIFF OF HIS ARTIFICIAL APPLIANCES.

22. ON THE ABOVE DATE PLAINTIFF EXPLAINED TO DEFENDANT F. LO, THAT (1) ONE, PLAINTIFF NEEDED THE HAND SPLINTS BECAUSE [THEY] PROVIDED THE MEDICAL CARE AND TREATMENT TO HAVE A SUCCESSFUL RECOVERY. (2) TWO, THAT THEY WERE PRESCRIBED BY PLAINTIFF'S SPECIALIST AS PLAINTIFF UNDERGOES PHYSICAL THERAPY, AND ADDITIONAL SURGERIES. (3) THREE, THAT DEFENDANT C. GRAY WAS FULLY AWARE OF THIS ORDER ALREADY.

23. TO NO AVAIL DEFENDANT E. ORDUNO WITH THE FULL KNOWLEDGE, AND COOPERATION OF DEFENDANT S. ORTIZ, MISSION WAS TO DEPRIVE PLAINTIFF OF HIS ARTIFICIAL APPLIANCES.

24. ON TUESDAY, APRIL 04, 2006, UPON PLAINTIFF'S ARRIVAL BACK TO THE CENTRAL INFIRMARY, CELL #18, COMING FROM U.C.S.D (UNIVERSITY OF CALIFORNIA OF SAN DIEGO) MEDICAL CENTER, THERAPY. DEFENDANT S. ORTIZ, INFORMED PLAINTIFF THAT SHE NEEDED TO SPEAK WITH HIM, ABOUT THE LETTER NOTIFYING PLAINTIFF HAND SPLINTS, INWHICH PLAINTIFF'S THERAPIST TYPED TO NOTIFY THE NURSES' IN C.D.C.R, CALIPATRIA STATE PRISON, ABOUT PLAINTIFF HAND SPLINTS.

25. DEFENDANT S. ORTIZ, STARTED TO READ TO PLAINTIFF INWHICH THE LETTER CONTAINED, PLAINTIFF STOPPED DEFENDANT S. ORTIZ, BECAUSE SHE WAS MUMBLING OUT WORDS, AND PLAINTIFF DID NOT UNDERSTANDED WHAT SHE WAS SAYING.

26. PLAINTIFF INFORMED DEFENDANT S. ORTIZ IF HE COULD READ THE LETTER, THAT HIS THERAPIST WROTE.

27. DEFENDANT S. ORTIZ, STATED "THE BOTTOM LINE IS YOU BETTER START WEARING YOUR FUCKING SPLINTS", AND ALSO STATED "THAT EVERY TIME SHE COMES TO WORK IN THE MORNING SHE DOSEN'T SEE PLAINTIFF WITH THE SPLINTS ON."

28. PLAINTIFF INFORMED DEFENDANT S. ORTIZ THAT HE TAKES THE HAND SPLINTS OFF AT 5 (FIVE) O'CLOCK IN THE MORNING, BEFORE SHE COMES IN TO WORK, BECAUSE HE GOES TO SLEEP WITH THEM, AND THEIR ON ALL NIGHT LONG.

29. DEFENDANT S. ORTIZ, STARTED TO GET HYSTERICAL AND TOLD PLAINTIFF "TO START WEARING THE FUCKING SPLINTS."

30. PLAINTIFF INFORMED DEFENDANT S. ORTIZ THAT SHE NEEDED TO TAKE THE WEBSTER HOME SO SHE COULD FIND OTHER WORDS, TO SUBSTITUTE THE WORDS FUCKING THIS FUCKING THAT, SO SHE COULD INCREASE HER VOCABULARY.

31. SINCE MONDAY, APRIL 03, 2006 THROUGH WEDNESDAY, MAY 04, 2006, PLAINTIFF HAS BEEN RUDLY, AND MALICIOUSLY APPROACHED BY DEFENDANTS' E. ORDUNO, AND S. ORTIZ THEY HAVE BEEN HARASSING PLAINTIFF, ABOUT NOT WEARING THE HAND SPLINTS.

32. PLAINTIFF HAS INFORMED DEFENDANTS' E. ORDUNO, AND S. ORTIZ THAT HE HAS BEEN WEARING THEM AS ORDERED BY SPECIALIST.

33. SINCE PLAINTIFF FILE HIS ADMINS-GRIEVANCES DATED APRIL 07, 2006 AND MAY 01, 2006 AGAINST MEDICAL PERSONNEL HIS MEDICAL CARE, DIAGNOSIS, AND TREATMENT HAS DIMINISH.

34. IN ADDITION, DEFENDANTS' E. ORDUNO, AND S. ORTIZ HAVE DOCUMENTED INACCURATLY, INCORRECTLY, AND UNTRUE INFORMATION PERTAINING TO PLAINTIFF HAND SPLINT WEARING SCHEDULE.

35. DEFENDANTS', AND EACH OF THEM, SUBJECTED PLAINTIFF TO THIS PHYSICAL, EMOTIONAL, AND MENTAL ANGUISH UNDER CIRCUMSTANCES WHICH DID NOT REQUIRE THE USE OF HARASSMENT WHATSOEVER.

36. DEFENDANTS' ACTS, AS ALLEGED HEREIN WERE DESPICABLE, KNOWINGLY, WILLFUL, MALI-CIOUS, AND/OR CARRIED OUT WITH RECKLESS DISREGARD FOR PLAINTIFF FEDERALLY PROTECTED RIGHTS.

37. AS A DIRECT AND PROXIMATE RESULT OF ALL OF THE DEFENDANTS' ACTIONS HEREIN ALLEGED, PLAINTIFF SUFFERED, AND CONTINUES TO SUFFER, PHYSICAL INJURY. PLAINTIFF IS ENTITLED TO AN AWARD OF COMPENSATORY,

PUNITIVE, AND EXEMPLARY DAMAGES FOR
INJURIES SUFFERED.

38. AS A FURTHER DIRECT AND PROXIMATE
RESULT OF ALL OF THE DEFENDANTS' ACTIONS
HEREIN ALLEGED, PLAINTIFF SUFFERED, AND
CONTINUES TO SUFFER, SEVERE EMOTIONAL
AND PSYCHOLOGICAL DISTRESS. PLAINTIFF IS
ENTITLED TO AN AWARD OF COMPENSATORY,
PUNITIVE, AND EXEMPLARY DAMAGES SUF-
FERED.

## FIRST CAUSE OF ACTION

39. THE ACTS AND OMISSIONS OF DEFENDANTS' E. ORDUNO, AND S. ORTIZ, IN PARAGRAPH # 19, VIOLATED PLAINTIFF EIGHTH AND FOURTEENTH AMENDMENT OF THE U.S. CONSTITUTION DUE PROCESS WHEN:

DEFENDANTS' E. ORDUNO, AND S. ORTIZ WITH THE FULL KNOWLEDGE, AND COOPERATION OF EACH OTHER FAILED TO CARRY OUT MEDICAL ORDERS PRESCRIBED BY PLAINTIFFS THERAPIST, IN VIOLATION OF PLAINTIFF EIGHTH AMENDMENT RIGHT. THIS FAILURE ALSO AMOUNTED TO PUNISHMENT WITHOUT DUE PROCESS OF LAW, IN VIOLATION OF THE FOURTEENTH AMENDMENT TO THE U.S. CONSTITUTION.

## SECOND CAUSE OF ACTION

40. THE ACTS AND OMISSIONS OF DEFENDANT F. LO, IN PARAGRAPH # 21, VIOLATED PLAINTIFF EIGHTH AND FOURTEENTH AMENDMENT OF THE U.S. CONSTITUTION DUE PROCESS WHEN:

DEFENDANT F. LO, FAILED TO CARRY OUT MEDICAL ORDERS PRESCRIBED BY PLAINTIFFS THERAPIST, IN VIOLATION OF PLAINTIFF EIGHTH AMENDMENT RIGHT. THIS FAILURE ALSO AMOUNTED TO PUNISHMENT WITHOUT DUE PROCESS OF LAW, IN VIOLATION OF THE FOURTEENTH

AMENDMENT TO THE U.S. CONSTITUTION.

## THIRD CAUSE OF ACTION

41. THE ACTS AND OMISSIONS OF DEFENDANT S. ORTIZ, IN PARAGRAPH #27, AND 29 VIOLATED PLAINTIFF FIRST, EIGHTH, AND FOURTEENT AMENDMENT OF THE U.S. CONSTITUTION WHEN:

DEFENDANT S. ORTIZ, SUBJECTED PLAINTIFF TO VERBAL ABUSE, AND HOSTILITY FROM A MEDICAL PERSONNEL. DEFENDANT S. ORTIZ, BY USING HER DEROGATORY STATEMENTS VIOLATED PLAINTIFF ADMINISTRATIVE GRIEVANCE OF THE FIRST AMENDMENT, AND DUE PROCESS OF THE FOURTEENTH AMENDMENT. WHEN THE APPEAL PROCESS FAILED TO PRODUCE THOSE FACTS. IN ADDITIONALLY, DEFENDANT S. ORTIZ, DENIED PLAINTIFF HIS EIGHTH AMENDMENT RIGHT TO MEDICAL CARE, WHEN SHE FAILED TO ACKNOWL-EDGE HER DEROGATORY STATEMENTS IN THE APPEAL PROCESS. THIS BECAME THE SOURCE OF FURTHER DENIAL OF PLAINTIFF MEDICAL TREATMENT.

## FOURTH CAUSE OF ACTION

42. THE ACTS AND OMISSIONS OF DEFENDANT F.LO, IN PARAGRAPH #21, VIOLATED PLAINTIFF FIRST, EIGHTH, AND FOURTEENTH AMENDMENT OF THE U.S. CONSTITUTION WHEN:

DEFENDANT F.LO, VIOLATED PLAINTIFF ADMINISTRATIVE GRIEVANCE OF THE FIRST AMENDMENT, AND DUE PROCESS OF THE FOURTEENTH AMENDMENT, WHEN IN PARAGRAPH #21, DEFENDANT F.LO, WITH FALSE, AND FABRICATED MEDICAL INFORMATION IN PARAGRAPH #19, ATTEMPTED TO DEPRIVE PLAINTIFF OF HIS ARTIFICIAL APPLIANCES, AND THE APPEAL PROCESS FAILED TO PRODUCE THOSE FACTS. IN ADDITIONALLY, DEFENDANT F.LO, DENIED PLAINTIFF OF HIS EIGHTH AMENDMENT RIGHT TO MEDICAL CARE, WHEN HE FAILED TO ACKNOWLEDGE THE STATEMENTS, AND FACTS IN PARAGRAPH #19, AND 21, IN THE APPEAL PROCESS. THIS BECAME THE SOURCE OF FURTHER DENIAL OF PLAINTIFF MEDICAL TREATMENT.

## FIFTH CAUSE OF ACTION

43. THE ACTS AND OMISSIONS OF DEFENDANTS'
E. ORDUNO, AND S. ORTIZ, IN PARAGRAPH # 31,
VIOLATED PLAINTIFF EIGHTH, AND FOURTEENTH
AMENDMENT OF THE U.S. CONSTITUTION WHEN:

DEFENDANTS' E. ORDUNO, AND S. ORTIZ HAVE
BEEN HARASSING PLAINTIFF ABOUT NOT WEARING
THE SPLINTS, IN VIOLATION OF THE EIGHTH AMEND-
MENT RIGHT TO BE FREE FROM CRUEL AND
UNUSUAL PUNISHMENT. THE HARASSMENT ALSO
AMOUNTED TO PUNISHMENT WITHOUT DUE
PROCESS OF LAW, IN VIOLATION OF THE FOUR-
TEENTH AMENDMENT TO THE U.S. CONSTITUTION.

## SIXTH CAUSE OF ACTION

44. THE ACTS AND OMISSIONS OF DEFENDANTS'
E. ORDUNO, AND S. ORTIZ, IN PARAGRAPH # 31,
VIOLATED PLAINTIFF FIRST, EIGHTH, AND FOUR-
TEENTH AMENDMENT OF THE U.S. CONSTITUTION
WHEN:

DEFENDANTS' E. ORDUNO, AND S. ORTIZ,
VIOLATED PLAINTIFF'S ADMINISTRATIVE GRIEV-
ANCE OF THE FIRST AMENDMENT, AND DUE
PROCESS OF THE FOURTEENTH AMENDMENT,
WHEN IN PARAGRAPH # 31, THEY HARASSED
PLAINTIFF OF NOT WEARING HIS ARTIFICIAL

1  APPLIANCES, AND THE APPEAL PROCESS FAILED
2  TO PRODUCE THOSE FACTS. IN ADDITIONALLY,
3  DEFENDANTS' E. ORDUNO AND S. ORTIZ, DENIED
4  PLAINTIFF OF HIS EIGHTH AMENDMENT RIGHT
5  TO MEDICAL CARE, WHEN THEY FAILED TO
6  ACKNOWLEDGE THOSE STATEMENTS, AND FACTS,
7  IN PARAGRAPH # 31, IN THE APPEAL PROCESS.
8  THIS BECAME THE SOURCE OF FURTHER DENIAL
9  OF PLAINTIFF MEDICAL TREATMENT.

10
11          SEVENTH CAUSE OF ACTION
12
13      45. THE ACTS AND OMISSIONS OF DEFENDANTS'
14  E. ORDUNO, AND S. ORTIZ IN THIS COMPLAINT
15  VIOLATED PLAINTIFF FOURTEENTH AMENDMENT
16  OF THE U.S. CONSTITUTION WHEN:
17      DEFENDANTS' E. ORDUNO, AND S. ORTIZ
18  DOCUMENTED FALSE ENTRIES IN THE UNIT HEALTH
19  RECORD ("UHR"), ABOUT PLAINTIFF NOT WEARING
20  HIS SPLINTS.

21
22          EIGHTH CAUSE OF ACTION
23
24      46. THE ACTS AND OMISSIONS OF DEFENDANTS'
25  JAMES E. TILTON, L.E. SCRIBER, M. LEVIN, K. BALL,
26  C. GRAY, M. CORREA IN THIS COMPLAINT VIOLATED
27  PLAINTIFF FIRST, EIGHTH, AND FOURTEENTH
28  AMENDMENT OF THE U.S. CONSTITUTION WHEN:

1      DEFENDANTS' JAMES E. TILTON, L.E. SCRIBER,
2  M. LEVIN, K. BALL, C. GRAY, AND M. CORREA
3  VIOLATED PLAINTIFF ADMINISTRATIVE GRIEVANCE
4  OF THE FIRST AMENDMENT, AND DUE PROCESS OF
5  THE FOURTEENTH AMENDMENT, WHEN THEY
6  FAILED TO SUPERVISE THE OMISSION ACTS OF
7  SUBORDINATE PERSONNEL (I.E., DEFENDANTS'
8  F. LO, E. ORDUNO, AND S. ORTIZ) AND THE APPEAL
9  PROCESS FAILED TO PRODUCE THOSE FACTS. IN
10  ADDITIONALLY, THE ABOVE-NAMED SUPERVISING
11  DEFENDANTS', DENIED PLAINTIFF OF HIS EIGHTH
12  AMENDMENT RIGHT TO MEDICAL CARE, WHEN THEY
13  FAILED TO ACKNOWLEDGE THOSE STATEMENTS,
14  AND FACTS MENTIONED IN THIS COMPLAINT, IN
15  THE APPEAL PROCESS. THIS BECAME THE SOURCE
16  OF FURTHER DENIAL OF PLAINTIFF MEDICAL
17  TREATMENT.

## NINTH CAUSE OF ACTION

21      47. THE ACTS AND OMISSIONS OF DEFENDANTS'
22  JAMES E. TILTON, L.E. SCRIBER, M. LEVIN, K. BALL,
23  F. LO, C. GRAY, M. CORREA, E. ORDUNO, AND S. ORTIZ
24  IN THIS COMPLAINT VIOLATED PLAINTIFF EIGHTH
25  AND FOURTEENTH AMENDMENTS OF THE U.S.
26  CONSTITUTION WHEN:
27      THE ABOVE-NAMED DEFENDANTS' FAILED TO
28  PROVIDE ADEQUATE MEDICAL CARE, DIAGNOSIS,

1  AND TREATMENT NEEDED BY PLAINTIFF. THEIR
2  OMISSION ACTS WERE DONE WITHOUT DUE PROCESS
3  OF LAW, IN VIOLATION OF THE FOURTEENTH
4  AMENDMENT RIGHTS. DEFENDANTS' CONDUCT
5  VIOLATES U.S.C. 3.1983, BECAUSE THAT CONDUCT
6  CONSTITUTES DELIBERATE INDIFFERENCE TO
7  PLAINTIFF SERIOUS MEDICAL NEEDS IN VIOLATION
8  OF PLAINTIFF EIGHTH AMENDMENT RIGHT TO BE
9  FREE FROM CRUEL AND UNUSUAL PUNISHMENT.

10
11  TENTH CAUSE OF ACTION
12
13  48. THE ACTS AND OMISSIONS OF DEFENDANTS'
14  JAMES E. TILTON, L.E. SCRIBER, M. LEVIN, K. BALL,
15  F. LO, C. GRAY, M. CORREA, E. ORDUNO, AND S. ORTIZ
16  VIOLATED PLAINTIFF FIRST, AND FOURTEENTH
17  AMENDMENT OF THE U.S. CONSTITUTION WHEN:
18  DEFENDANTS' SUBJECTED PLAINTIFF TO
19  INACCURATE MEDICAL CARE, DIAGNOSIS, AND
20  TREATMENT IN THE EXHAUSTION OF PLAINTIFF
21  GRIEVANCES PROCESS, WHICH PLAINTIFF VIEWS
22  AS A RETALIATORY CONDUCT FOR EXERCISING
23  HIS FIRST, AND FOURTEENTH AMENDMENT
24  RIGHTS, THAT THE ABOVE-NAMED DEFENDANTS'
25  VIOLATED.
26
27
28

49. PLAINTIFF HAS NO PLAIN ADEQUATE OR COMPLETE REMEDY AT LAW TO REDRESS THE WRONGS DESCRIBED HEREIN, PLAINTIFF HAVE BEEN AND WILL CONTINUE TO BE IRREPARABLY INJURED BY THE CONDUCT OF DEFENDANTS' UNLESS THIS COURT GRANTS THE DECLARATORY AND INJUNCTIVE RELIEF WHICH PLAINTIFF SEEK.

## PRAYER FOR RELIEF

WHEREFORE, PLAINTIFF JORGE GUADARRAMA PRAYS FOR JUDGMENT AGAINST DEFENDANTS' AS FOLLOWS:

1. FOR DECLARATORY, AND INJUNCTIVE RELIEF IN THE FORM OF PROPER MEDICAL CARE, DIAGNOSIS, AND TREATMENT, ACCORDING TO PROOF;

2. FOR GENERAL DAMAGES, ACCORDING TO PROOF;

3. FOR SPECIAL DAMAGES, ACCORDING TO PROOF;

4. FOR PUNITIVE DAMAGES, ACCORDING TO PROOF;

5. FOR EXEMPLARY DAMAGES, ACCORDING TO PROOF;

6. APPOINT COUNSEL, AND AWARD REASONABLE ATTORNEY FEES PURSUANT TO 42 U.S.C. §§ 1988;

7. FOR COST OF THE SUIT; AND

8. GRANT ANY OTHER AND FURTHER RELIEF THE COURT DEEMS JUST, PROPER AND EQUITABLE.

## DEMAND FOR JURY TRIAL

PLAINTIFF JORGE GUADARRAMA HEREBY DEMANDS A TRIAL BY JURY.

## VERIFICATION

I, JORGE GUADARRAMA, STATE:

I AM THE PLAINTIFF IN THIS ACTION. I HAVE READ THE FOREGOING COMPLAINT AND THE FACTS STATED THEREIN ARE TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS THAT ARE THEREIN STATED ON MY OWN INFORMATION AND BELIEF, AND AS TO THOSE MATTERS I BELIEVE THEM TO BE TRUE.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS DECLARATION WAS EXECUTED THIS EIGHTH DAY OF JANUARY, 2008 AT CALIPATRIA, CALIFORNIA.

RESPECTFULLY SUBMITTED,

JORGE GUADARRAMA

D-54739

DECLARANT-PLAINTIFF

# *VERIFICATION*

## STATE OF CALIFORNIA
## COUNTY OF IMPERIAL

### (C.C.P. SEC.446 & 201.5; 28 U.S.C. SEC. 1746)

I, _JORGE GUADARRAMA_ DECLARE UNDER PENALTY OF PERJURY THAT: I AM THE _PLAINTIFF_ IN THE ABOVE ENTITLED ACTION; I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS _EIGHTH_ DAY OF: _JANUARY_, 2008 AT CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA #92233-5002

(SIGNATURE) _____
(DECLARANT/PRISONER)

## *PROOF OF SERVICE BY MAIL*

### (C.C.P. SEC.1013 (a) & 2015.5; 28 U.S.C. SEC.1746)

I, _JORGE GUADARRAMA_ AM A RESIDENT OF CALIPATRIA STATE PRISON, IN THE COUNTY OF IMPERIAL, STATE OF CALIFORNIA. I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM / NOT A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: P.O. BOX 5002. CALIPATRIA, CALIFORNIA. #92233-5002.

ON _JANUARY 08_, 2008 I SERVED THE FOREGOING: _CLERK OF U.S. DISTRICT COURT, ROOM 4290, 880 FRONT STREET, SAN DIEGO, CALIFORNIA. 92101-8900_

**(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)**

ON THE PARTY (S) HEREIN BY PLACING A TRUE COPY (S) THEREOF, ENCLOSED IN A SEALED ENVELOPE (S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA #92233-5002.

( SEE ATTACHED EXHIBIT LIST )

CLERK OF UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT
FEDERAL OFFICE BUILDING
880 FRONT STREET, SUITE 4290
SAN DIEGO, CALIFORNIA. 92101-8900

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: _JANUARY 08_, 2008.    _____
(DECLARANT/PRISONER)

## EXHIBIT LIST :

| NUMBER OF EXHIBIT : | DESCRIPTION : | DATED : |
|---|---|---|
| "1" | PLAINTIFF'S LETTER / DOCUMENT. | 01/08/2008. |
| "2" | ORIGINAL CIVIL RIGHTS COMPLAINT. | 01/08/2008. |
| "3" | MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS. | 01/08/2008. |
| "4" | MOTION FOR APPOINTMENT OF COUNSEL BASED ON EXCEPTIONAL CIRCUMSTANCES AND DECLARATION OF INDIGENCY. | 01/08/2008. |

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**FILED**

2008 JAN 14  PH 3: 39

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

2254    1983
EVIDENCE
FILING FEE PAID
Yes        No
IFP MOTION FILED
Yes        No
COPIES SENT TO
Court      Plse.

**I (a) PLAINTIFFS**

Jorge Guadarrama

State of California, et al

**(b) COUNTY OF RESIDENCE OF FIRST LISTED**  Imperial
**PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Jorge Guadarrama
PO Box 5002
Calipatria, CA 92233
P-54739

ATTORNEYS (IF KNOWN)

'08 CV 0078  H AJB

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**
(For Diversity Cases Only)

| | PT. | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.  DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

## 42 U.S.C. 1983

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 640 RR & Truck | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 650 Airline Regs | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| | | | ☐ 660 Occupational Safety/Health | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 862 Black Lung (923) | |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ Security Act | | |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | ☐ 890 Other Statutory Actions |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):**   JUDGE

Docket Number

DATE   January 14, 2008

SIGNATURE OF ATTORNEY OF RECORD