JORGE GUADARRAMA P-54734
CALIPATRIA STATE PRISON
P.O. BOX 5002, ASU 138 LOW
CALIPATRIA, CALIFORNIA. 92233

IN PRO PER



FILED

2008 JAN 14 PM 3:40

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____RM_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF CALIFORNIA

JORGE GUADARRAMA )
               )
       PLAINTIFF, )
               )
V.             )      '08 CV 0078 H AJB
               )      CIVIL CASE NO.:
               )
               )      MOTION FOR APPOINTMENT
               )      OF COUNSEL BASED ON
THE STATE OF CALIFORNIA )   EXCEPTIONAL CIRCUMSTANCES
                      )   AND DECLARATION OF
ET AL.,               )   INDIGENCY.
               )
       DEFENDANTS', )

PLAINTIFF MOVES THE ABOVE-ENTITLED COURT FOR AN ORDER TO APPOINT COUNSEL, SO THAT PLAINTIFF INTERESTS MAY BE PROTECTED BY THE PROFESSIONAL ASSISTANCE REQUIRED PURSUANT TO 28 U.S.C. § 1915(d), BASED ON EXCEPTIONAL CIRCUMSTANCES. INASMUCH, HIS ATTACHED DECLARATION INDICATE, PLAINTIFF IS UNABLE TO PAY SUCH COSTS OR GIVE SECURITY THEREFOR, AND HE CANNOT AFFORD TO EMPLOY AN ATTORNEY. THIS MOTION IS

BASED ON THE COMPLAINT, DECLARATION, AND MEMORANDUM OF LAW SUBMITTED HEREWITH.

DATED: JANUARY 08, 2008.

RESPECTFULLY SUBMITTED,

*[signature]*

JORGE GUADARRAMA
PLAINTIFF IN PRO PER