JORGE GUADARRAMA P.54739
CALIPATRIA STATE PRISON
P.O. BOX 5002, ASU 138 LOW
CALIPATRIA, CALIFORNIA 92233

IN PRO PER

FILED
2008 JAN 14 PM 3:40
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

2254 ___ 1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ✓ No ___
COPIES SENT TO
Court ✓ ProSe ___

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF CALIFORNIA

JORGE GUADARRAMA )
              PLAINTIFF, )
V.            ) '08 CV 0078 H AJB
              ) CIVIL CASE No.:
              )
              ) MEMORANDUM OF POINTS
              ) AND AUTHORITIES.
THE STATE OF CALIFORNIA )
ET AL., )
         DEFENDANTS, )
              )

LEGAL MEMORANDUM IN SUPPORT OF MOTION
REQUESTING APPOINTMENT OF COUNSEL.

STATEMENT OF FACTS

1. PLAINTIFF JORGE GUADARRAMA IS FILING A U.S.C. § 1983., AND HE IS NOT PROFICIENT IN THE LAW, AND HAS ASSERTED SERIOUS, AND CONSEQUENTIAL ALLEGATIONS WHICH, IF PROVED, WOULD ENTITLE PLAINTIFF TO COMPENSATION., ETC.

## STATEMENT OF LEGAL AUTHORITY

2. THE COURT MAY APPOINT COUNSEL UNDER U.S.C. §§ 1915 (d) ONLY UNDER "EXCEPTIONAL CIRCUMSTANCES."

3. "A FINDING OF EXCEPTIONAL CIRCUMSTANCES AN EVALUATION OF BOTH 'THE LIKELIHOOD OF SUCCESS ON THE MERITS, AND THE ABILITY OF THE PLAINTIFF TO ARTICULATE HIS CLAIMS PRO SE IN LIGHT OF THE COMPLEXITY OF LEGAL ISSUES INVOLVED.' NEITHER OF THESE FACTORS IS DISPOSITIVE AND BOTH MUST BE VIEWED TOGETHER BEFORE REACHING A DECISION." QUOTING: WILBORN V. ESCALDERON, 789 F.2d 1328, AT 1331 (9th Cir. 1986). CITING: TERRELL V. BREWER, 935 F.2d 1015, AT 1017 (9th Cir. 1991). IN ADDITION, "[A]N INDIGENT LITIGANT MUST DEMONSTRATE EXCEPTIONAL CIRCUMSTANCES IN HIS OR HER CASE TO JUSTIFY THE APPOINTMENT OF COUNSEL." QUOTING: COOKISH V. CUNNINGHAM, 787 F.2d 1, AT 2 (1st Cir. 1986). CITING: TABRON V. GRACE, 6 F.3d 147, AT 155 (3rd. Cir. 1993).

ARGUMENT IN SUPPORT OF MOTION REQUESTING APPOINTMENT OF COUNSEL.

4. PLAINTIFF COMPEL TO ASSERT THAT THIS COURT SHOULD APPOINT COUNSEL, BECAUSE THIS CASE IS COMPLEXED BASED ON THE FACTS THAT PLAINTIFF HAS UNDERWENT NUMEROUS SERGERIES IN HIS HANDS, WHICH HAS LEFT PLAINTIFF IN SEVERAL OCCASIONS' INCAPPACITATED WITHOUT PROPER HAND FUNCTION.

5. PLUS, THIS SURGERY DATED FRIDAY, FEBRUARY 03, 2006, HAS MADE PLAINTIFF EXPERIENCE EXCRUCIATING, AND UNTOLEABLE PAIN IN HIS RIGHT HAND WHEN HE WRITES', BECAUSE THAT IS HIS WRITING HAND. (SEE EXHIBITS "A", "B", AND "C").

6. IN ADDITION, PLAINTIFF IS NOT PROFICIENT IN THE LAW, AND HAS ASSERTED SERIOUS, AND CONSEQUENTIAL ALLEGATIONS WHICH, IF PROVED, WOULD ENTITLE PLAINTIFF TO COMPENSATION.

-3-

EXHIBIT "C"

9663270

| STATE OF CALIFORNIA<br>CDC 7362 (Rev. 03/04) | HEALTH CARE SERVICES REQUEST FORM | DEPARTMENT OF CORRECTIONS |

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.

REQUEST FOR: MEDICAL ☒  MENTAL HEALTH ☐  DENTAL ☐  MEDICATION REFILL ☐

NAME: GUADARRAMA, J
CDC NUMBER: P.54739
HOUSING: ASU 138 LOW

PATIENT SIGNATURE: [signature]
DATE: AUGUST 25, 2007

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) I KEEP HAVING PAIN IN MY (R) HAND WHEN I WRITE. I NEED TO SEE A HAND SPECIALIST. SOMETIMES THE PAIN IS UNTOLERABLE. I THANK YOU FOR YOUR TIME, PATIENCE, AND UNDERSTANDING IN THIS MATTER.

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM.

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold.- Inmate

EXHIBIT "B"

| AGE | SEX M | HEIGHT 5'5" | WEIGHT 160 |
|---|---|---|---|
| BP 128/760 | PULSE 60 | TEMP | RESP 18 | O2 SAT |

UNIVERSITY of CALIFORNIA, SAN DIEGO MEDICAL CENTER

**AMBULATORY SURGERY/ INVASIVE PROCEDURE HISTORY & PHYSICAL**

Name: Guadename
MR#: 0226773-9
DOB:

PLANNED PROCEDURE: web space release on R hand + contracture release on IP joints

ALLERGIES: NKDA

Source: _____ Date: 020307

Patient Identification

**Items marked with an asterisk (*) MUST be completed.**
**Other information should be included when pertinent to the patient's specific medical condition.**

* **CHIEF COMPLAINT**: contracture in R hand

* **PAIN ASSESSMENT**: Intensity (0-10) ___ Location ___ Quality ___
REFERRING MD ___ ATTENDING MD: Tenenhaus

* **PAST MEDICAL/SURGICAL/ANESTHESIA HISTORY**: HTN
8/2005 - burn - multiple operations

* **ADVERSE DRUG REACTIONS**: NKDA

* **MEDICATIONS** (Use generic names. Include OTCs, herbals and homeopathic medications):

**PHYSICAL EXAMINATION**
* **GENERAL DESCRIPTION** (include orientation and affect): NAD

* **CHEST AND LUNGS**: CTA bil
* **HEART**: RRR nl S1 S2
* **ABDOMEN**: S/NT/ND ⊕ BS
**INTEGUMENT**: burn scars on hands bilaterally - contracture R hand
**HEENT**: EOMI / ⊘ scleral icterus
**NECK**: Supple
**THYROID**:

**LYMPH NODES**: ⊘ LAD
**BACK**: Krialioti
**BREASTS**:
**NEUROLOGIC**: A&O x 3, CN II-XII grossly intact
**MUSCULOSKELETAL**: MAE
**PERIPHERAL VASCULAR Pulses**:

| | Temp. | Carotid | Brach. | Rad. | Fem. | Pop. | D.P. | P.T. |
|---|---|---|---|---|---|---|---|---|
| R | | | | | | | | |
| L | | | | | | | | |

**GENITALIA/PELVIC**:
GYN: G ___ P ___ AB ___ SB ___ LC ___
Last Pap ___ LMP ___ Menarche/Menopause ___
Currently lactating? ☐ No ☐ Yes
**RECTAL**:

**Information below should be included when pertinent to procedure being performed.**

**TRANSFUSIONS** ☐ No ☐ Yes Date(s) ___
**IMMUNIZATIONS** Tetanus ___ Flu ___ Pneumo ___ Other ___

**SOCIAL HISTORY**
Education: HS
Marital Status, Children: single
Activities/Exercise:
Sexual History:
Travel:
Diet: regular

Drug Abuse: ⊘
Alcohol: ⊘
Caffeine: 2 c/day
Tobacco: quit 7/1/05, 2 pk/yr
Occupational History/Toxin Exposure:
Other:

**FAMILY HISTORY**
Tuberculosis:
Diabetes: father
Cancer: ⊘
Hypertension: ⊘
Cardiac: ⊘
Mental Health:
Other:

151-096(11-05)

ASSESSMENT AND CARE PLAN (Summarize list initial Diagnostic impressions, state workup and treatment plan)

To OR today for web space release on R hand + contracture release on both IP [illegible]

[illegible handwritten notes]

GUADARRAMA, JORGE NMN
PACU
SAMA
738

Pain management needs/options discussed? ☐ No ☐ Yes
Does this patient have Advance Directives? ☒ No ☐ Yes

RESUSCITATIVE STATUS
☒ Full Code, Full Care
☐ No Code, Full Care
☐ No Code, Comfort Care
**No Code requires written DNR orders**

The risks, benefits and alternatives of the planned procedure have been discussed with the patient and/or his/her legal representative, all questions have been answered and they agree to proceed.

K. Thompson
House Officer (Print)

[signature] 5722  2/7/06 0840
House Officer Signature/PID#    Date & Time

ATTENDING: ☐ Agree with the summary as stated.   ☐ Have corrections or additions as indicated below.

_____    _____    _____    _____
Attending Physician (Print)         Telephone Number    Attending Physician Signature/PID#   Date & Time

ATTENDING NOTES

[illegible handwriting] pt known styp recon severe risks complications

## POST-PROCEDURE NOTE

POST-OP DIAGNOSIS: Same
PROCEDURE: Release R [illegible]

ANESTHESIA: Gen   EBL: min   FLUIDS: [blank]

SURGEON: [signature]   FIRST ASSISTANT: [blank]   STAFF: [blank]

NOTES: [illegible]

### POST-PROCEDURE ORDERS

1. ☒ Discharge when criteria are met. / ☐ See attached post-procedure orders.
2. Dressing and/or incision care: Keep clean dry elevated
3. Medications: Take [illegible] as directed
4. Give patient printed discharge instructions for: _____
5. Pain management plan: ☐ medications ☐ other _____ ☐ N/A
6. Return appointment: Call 619 543-6084 f/u 1wk

   Patient to be instructed to seek care sooner for any of the following signs/symptoms:
   ☒ increased pain   ☒ increased fever   ☒ increased drainage   ☒ increased bleeding
   ☐ other _____

7. Other _____

[signature] 6854/   [signature] 2/7/06 1145
Physician Signature/PID#    Date & Time    Nurse Signature    Date & Time

```
                  GUADARRAMA ,JORGE            MR#: 08262339   LAB
                  Pt#:      58118191  M    01/10/1981   Age:   26   ANC
```

Report: OP REPORTS     Typ Date: 02/03/06  ST Date: 02/03/06  Status: FINAL
Description: Operative Report
02/03/06

Dictating Practitioner: Mayer Tenenhaus, M.D.

Staff Physician: Mayer Tenenhaus, M.D.

Date of Operation: 02/03/2006

PREOPERATIVE DIAGNOSIS: Scar contracture deformities, right hand, thumb, first web, palm and wrist.
POSTOPERATIVE DIAGNOSIS: Scar contracture deformities, right hand, thumb, first web, palm and wrist.
OPERATION: Release of the aforementioned scar contracture deformities, release of contracted adductor tenolysis, extensor thumb, thinning of flap and flapping graft deepening of first web space.
SURGEON/STAFF: M. Tenenhaus    ASST:   D. Bhavsar

ANESTHESIA: General.
ESTIMATED BLOOD LOSS: Minimal.

BRIEF HISTORY AND INDICATIONS: This patient is undergoing complex reconstruction of the aforementioned site after very deep injuries in the past. He has undergone a radial forearm flap to this area, and he has done well with that, but he has had difficulties with progressive contracture, particularly over the extensor aspect of the thumb, the first web space onto the palm region. We discussed at length with the patient the very real risks, benefits, options and alternatives, the possibility of losing a finger or losing neurovascular supply, losing the flap and graft, and all the myriad of complications as well as the postoperative day care and needs, etc. Meticulous informed consents were obtained. We demarcated all the critical areas and the patient preferred to work on the right hand first and in the future to do the left hand. He knows he will need many other operations.

PROCEDURE: The patient was brought to the operating theater after informed consents. The areas were sterilely prepped and draped in the usual fashion. The appropriate bolsters and supports were in place. We demarcated the flap and elevated the flap, but we incorporated a distal V for a transposition into a Z-plasty release onto the palm. We then elevated and defatted this flap in a judicious fashion, under loupe magnification and tourniquet control, and testing it by allowing the tourniquet to drop and seeing a beautiful perfused flap and our transposition. We inset this into a release at the palmar aspect of the thumb and first web and palm. This significantly deepened the web space and really gave him a lot more room now to afford a better opportunity for grasp and opposition. On the distal inset of the flap onto the thumb we meticulously dissected over the extensor mechanism. We released the extensor mechanism by tenolysing it, of course maintaining its attachments, origin and insertion in place, but freeing it from the surrounding scar tissue.

We then gently ranged all the joints and really got a nice excursion here.
=========================TEXT CONTINUED ON NEXT PAGE=====================
07:00 07/30/07 FROM WS95,RENCTMF1
HE255567

```
          GUADARRAMA ,JORGE          MR#: 08262339    LAB
          Pt#:     58118191  M   01/10/1981   Age:   26   ANC
```
Report: OP REPORTS    Typ Date: 02/03/06  ST Date: 02/03/06  Status: FINAL
Description: Operative Report

It certainly is significantly improved. He certainly has some limitations, but it is dramatically improved from before surgery. With the release of the dense scar tissue by the adductor, by the release of this dense scarring, by elevating the flap and releasing the tension and ranging the finger, we now had marked improvement. We were meticulous in our hemostasis and dissection.

We then interposed the flap and then contoured the defects, made a template so we only took as much skin as we needed from the right groin/thigh region, which was the patient's preference. We took a full-thickness graft and we defatted it, although it required almost no defatting; it really looked perfect. Then we inset the graft into the intricacies of the wound, sutured them into position and created a bolstered splinted dressing for him, well cushioned and padded. The thigh required advancement and closure in multiple layers of Dexons, Monocryls and nylons and Steri-Strips. He received perioperative Ancef.

Signature Derived From Controlled Access Password
Mayer Tenenhaus, M.D. 02/06/2006 14:31

DD: 02/03/2006       DT:  02/03/2006  6:45 P DocNo.: 1231323
MT/r10 0337809.MC


Primary Care Physician:
CALIPATRIA STATE PRISON


cc:

=============================END OF REPORT=================================
07:00 07/30/07 FROM WS95,RENCTMF1
HE255567

## CONCLUSION

FOR THE REASONS AND BASED ON THE LAW SET FORTH HEREIN, PLAINTIFF IS ENTITLED TO APPOINTMENT OF COUNSEL BASED ON EXCEPTIONAL CIRCUMSTANCES.

DATED:
JANUARY 08, 2008.

RESPECTFULLY SUBMITTED,

*/s/ Jorge Guadarrama*
JORGE GUADARRAMA
PLAINTIFF IN PRO PER

DECLARATION IN SUPPORT OF MOTION REQUESTING APPOINTMENT OF COUNSEL.

I, JORGE GUADARRAMA, DECLARE UNDER PENALTY OF PURJURY:

1. I AM THE PLAINTIFF IN THIS MATTER, THAT I AM CURRENTLY INCARCERATED AT CALIPATRIA STATE PRISON, CONFINED IN ASU (ADMINISTRATIVE SEGREGATION UNIT).

2. THAT I AM INDIGENT AND UNABLE TO AFFORD TO EMPLOY AN ATTORNEY, MY TOTAL ASSETS ARE $ZERO AND MY INCOME IS $ZERO PER MONTH, ALREADY BEFORE THE COURT.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS DECLARATION WAS EXECUTED THIS EIGHTH DAY OF JANUARY, 2008 AT CALIPATRIA, CALIFORNIA.

RESPECTFULLY SUBMITTED,

*[signature]*
JORGE GUADARRAMA
DECLARANT-PLAINTIFF

-5-