```
JORGE GUADARRAMA P-54734
CALIPATRIA STATE PRISON
P.O. BOX 5002, ASU 138 LOW
CALIPATRIA, CALIFORNIA 92233

IN PRO PER
```

**NUNC PRO TUNC**

**FEB 18 2008**

**FILED**
2008 FEB 27 PM 2:23
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE GUADARRAMA,<br><br>           PLAINTIFF<br><br>V.<br><br>THE STATE OF CALIFORNIA,<br><br>ET AL.,<br><br>           DEFENDANT | CASE NO.: 08-CV-0078 H (AJB)<br>MOTION FOR A 30 (THIRTY) DAY EXTENSION OF TIME TO FILE AN OBJECTION TO THE COURTS DENIAL OF APPOINTMENT OF COUNSEL.<br>DATE: MARCH 04, 2008.<br>TIME: 10:00 A.M.<br>PLACE: UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA, 880 FRONT STREET, SUITE 4290, SAN DIEGO, CALIFORNIA 92101<br>COURTROOM # _____ |

TO ALL PARTIES OF RECORD:

TO THE HONORABLE MARILYN L. HUFF, DISTRICT JUDGE, OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA, 880 FRONT STREET, SUITE 4290, SAN DIEGO, CALIFORNIA 92101. PLEASE TAKE NOTICE PLAINTIFF HEREBY FILES A "MOTION FOR A 30 (THIRTY) DAY EXTENSION OF TIME TO FILE AN OBJECTION TO THE COURTS DENIAL OF APPOINTMENT OF COUNSEL DATED FEBRUARY 04, 2008, AND REQUEST FOR MOTION

-1-                                          08cv78

1  FOR CONTINUANCE TO BE ON MARCH 04, 2008 AT
2  10:00 A.M. IN COURTROOM #_____, OR BE HEARD
3  THE NEXT DAY OR AS SOON AS THIS MATTER CAN
4  BE HEARD AND PLACE ON CALENDER. THIS
5  MOTION FOR A 30 (THIRTY) DAY EXTENSION IS
6  BASED ON THE NOTICE ITSELF AND THE ATTACHED
7  DECLARATION OF JORGE GUADARRAMA.
8  DATED:                          RESPECTFULLY SUBMITTED,
9  FEBRUARY 16, 2008.
10                                 JORGE GUADARRAMA
11                                 P-54739
12                                 PLAINTIFF IN PRO PER

-2-                                                        08cv78

## DECLARATION OF JORGE GUADARRAMA

I, JORGE GUADARRAMA, DECLARE:

1. THAT ON JANUARY 14, 2008, THE UNITED STATES DISTRICT COURT OF THE SOUTHERN DISTRICT OF CALIFORNIA RECEIVED AND FILED PLAINTIFF'S COMPLAINT UNDER 42 U.S.C. §1983 (DOCUMENT NUMBER. 1), ALONG WITH A MOTION TO PROCEED IN FORMA PAUPERIS, AS WELL AS A MOTION FOR THE APPOINTMENT OF COUNSEL BASED ON EXCEPTIONAL CIRCUMSTANCES (DOCUMENT NUMBER. 2, 3.).

2. THAT ON FEBRUARY 04, 2008, THE HONORABLE MARILYN L. HUFF, DISTRICT JUDGE, GRANTED PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS (DOCUMENT NUMBER. 2.) AND DENIED PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL (DOCUMENT NUMBER. 3.).

3. THAT A 30 (THIRTY) DAY EXTENSION OF TIME IS NEED SO PLAINTIFF CAN ATTEND THE LAW LIBRARY, AND UTILIZE THE COPY MACHINE, OBTAIN ADDITIONAL WHITE WRITING PAPER, MANILLA ENVELOPES FOR MAILING ALONG WITH A COMPLETE MEMORANDUM WHICH CONTAINS A STATEMENT OR REASONS FOR OBJECTION, POINTS AND AUTHORITIES IN SUPPORT OF OBJECTION. HENCE, FAILURE TO

OBJECT WITHIN THE TIME LIMIT SPECIFIED SHALL BE DEEM A CONSENT TO ANY FINDING OF FACT.

4. THE MOTION FOR A 30 (THIRTY) DAY EXTENSION OF TIME IS TO PROPERLY STATE AN OBJECTION AND PRESERVE THIS ISSUE FOR APPEAL, IF NECESSARILY NEEDED. PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURES (4)(a)(1).

5. RELIEF REQUESTED, THAT A 30 (THIRTY) DAY EXTENSION OF TIME BE ISSUED SO PLAINTIFF CAN FILE AN OBJECTION TO THE FEBRUARY 04, 2008, RULING ORDER DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL BASED ON EXCEPTIONAL CIRCUMSTANCES.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT. THAT THIS DECLARATION WAS EXECUTED THIS <u>SIXTEENTH</u> DAY OF <u>FEBRUARY, 2008</u> AT CALIPATRIA, CALIFORNIA.

RESPECTFULLY SUBMITTED,

JORGE GUADARRAMA
D54739
DECLARANT - PLAINTIFF
IN PRO PER

# *VERIFICATION*

**STATE OF CALIFORNIA**
**COUNTY OF IMPERIAL**

(C.C.P. SEC.446 & 201.5; 28 U.S.C. SEC. 1746)

I, JORGE GUADARRAMA DECLARE UNDER PENALTY OF PERJURY THAT: I AM THE PLAINTIFF IN THE ABOVE ENTITLED ACTION; I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS SIXTEENTH DAY OF: FEBRUARY, 2008 AT CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA #92233-5002

(SIGNATURE) _____
(DECLARANT/PRISONER)

## *PROOF OF SERVICE BY MAIL*

(C.C.P. SEC.1013 (a) & 2015.5; 28 U.S.C. SEC.1746)

I, JORGE GUADARRAMA AM A RESIDENT OF CALIPATRIA STATE PRISON, IN THE COUNTY OF IMPERIAL, STATE OF CALIFORNIA. I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM / NOT A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: P.O. BOX 5002, CALIPATRIA, CALIFORNIA #92233-5002.

ON FEBRUARY 16, 2008 I SERVED THE FOREGOING: THE HONORABLE MARILYN L. HUFF, DISTRICT JUDGE OF THE UNITED STATES FOR THE SOUTHERN DISTRICT OF CALIFORNIA, 880 FRONT STREET, SUITE 4290, SAN DIEGO, CALIFORNIA. 92101-8900

(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)

ON THE PARTY (S) HEREIN BY PLACING A TRUE COPY (S) THEREOF, ENCLOSED IN A SEALED ENVELOPE (S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA #92233-5002.

1. MOTION FOR A 30 (THIRTY) DAY EXTENSION OF TIME TO FILE AN OBJECTION TO THE COURTS' DENIAL OF APPOINTMENT OF COUNSEL.
2. DECLARATION OF JORGE GUADARRAMA.

THE HONORABLE MARILYN L. HUFF,
DISTRICT JUDGE OF THE UNITED
STATES FOR THE SOUTHERN DISTRICT
OF CALIFORNIA
880 FRONT STREET, SUITE 4290
SAN DIEGO, CALIFORNIA. 92101-8900

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: FEBRUARY 16, 2008.   _____
(DECLARANT/PRISONER)