**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JORGE GUADARRAMA,<br><br>                                Plaintiff,<br>   vs.<br>THE STATE OF CALIFORNIA, et al.,<br><br>                               Defendant. | CASE NO. 08-CV-0078 H (AJB)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR 30 DAY EXTENSION OF TIME** |

On January 14, 2008, Plaintiff Jorge Guadarrama filed a complaint pursuant to 42 U.S.C. § 1983. (Doc. No. 1.) Plaintiff also filed a motion for leave to proceed in forma pauperis and a motion to appoint counsel. (Doc. Nos. 2, 3.) On February 4, 2008, the Court granted Plaintiff's motion to proceed in forma pauperis and denied Plaintiff's motion to appoint counsel. (Doc. No. 4.) Plaintiff has filed a motion for a 30 day extension of time to file an objection to the Court's denial of appointment of counsel. (Doc. No. 6.) The Court grants the extension of time.

Additionally, the Court notes that its denial of Plaintiff's motion to appoint counsel was without prejudice to Plaintiff's ability to renew his request for appointed counsel if the circumstances of this case change such that Plaintiff no longer can adequately "articulate his

///

///

- 1 -

08cv78

1 claims <u>pro se</u> in light of the complexity of the legal issues involved." <u>Terrell v. Brewer</u>, 935
2 F.2d 1015, 1017 (9th Cir. 1991); <u>see</u> 28 U.S.C. § 1915(e)(1).
3 IT IS SO ORDERED.
4 DATED:  February 28, 2008

*[signature]*
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT