JORGE GUADARRAMA P-54739
CALIPATRIA STATE PRISON
P.O. BOX 5002, ASU 128 LOW
CALIPATRIA, CALIFORNIA. 92233

PLAINTIFF IN PRO PER



NUNC PRO TUNC

MAR 12 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

JORGE GUADARRAMA,
        PLAINTIFF,          ) CIVIL NO.: 08-0078 H (AJB)
                            )
V.                          ) NOTICE OF MOTION FOR
                            ) RECONSIDERATION FOR
                            ) APPOINTMENT OF COUNSEL
THE STATE OF CALIFORNIA,    ) BASED ON EXCEPTIONAL
                            ) CIRCUMSTANCES; MEMO-
ET AL.,                     ) RANDUM OF POINTS AND
                            ) AUTHORITIES; DECLARATION
        DEFENDANT.          ) OF JORGE GUADARRAMA.

TO THE ABOVE-ENTITLED COURT:

NOTICE IS HEREBY GIVEN THAT THE ABOVE NAMED PLAINTIFF, HEREBY SUBMITS A MOTION FOR RECONSIDERATION FOR APPOINTMENT OF COUNSEL BASED ON EXCEPTIONAL CIRCUMSTANCES.

THIS MOTION IS BASED ON THE NOTICE OF MOTION, THE MOTION ITSELF, THE MEMORANDUM OF POINTS AND AUTHORITIES, AND THE ATTACHED DECLARATION OF JORGE GUADARRAMA.

DATED: MARCH 09, 2008.                    JORGE GUADARRAMA

-1-                                        08CV0078