JORGE GUADARRAMA P-54734
CALIPATRIA STATE PRISON
P.O. BOX 5002, ASU 138 LOW
CALIPATRIA, CALIFORNIA. 92233

PLAINTIFF IN PRO PER



FILED
MAR 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

NUNC PRO TUNC
MAR 12 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

JORGE GUADARRAMA,
    PLAINTIFF,

V.

THE STATE OF CALIFORNIA,
ET AL.,
    DEFENDANT.

CIVIL No.: 08-0078 H (AJB)

MEMORANDUM OF POINTS AND AUTHORITIES.

## LEGAL MEMORANDUM IN SUPPORT OF MOTION FOR RECONSIDERATION

### STATEMENT OF FACTS

PLAINTIFF JORGE GUADARRAMA, HEREBY REQUEST THE UNITED STATES DISTRICT COURT OF THE SOUTHERN DISTRICT OF CALIFORNIA TO RECONSIDER PLAINTIFF MOTION FOR APPOINTMENT OF COUNSEL.

-2-

08cv0078

## STATEMENT OF LEGAL AUTHORITY

For cause shown in the declaration of Jorge Guadarrama attached hereto, and under the authority of 28 U.S.C. § 1915(e)(1); Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir 1991), this court has the power and discretion to appoint counsel only under exceptional circumstances.

## ARGUMENT IN SUPPORT OF RECONSIDERATION

A appointment of counsel is appropriate and necessary, because after receiving the order/or ruling dated February 20, 2008 (Document 6., and 7.). Plaintiff no loger can adequately "articulate his claims pro se in light of the complexity of the legal issues involved." Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); see 28 U.S.C. § 1915(e)(1).

## CONCLUSION

For the reasons and based on the law set forth above, plaintiff is entitled to appointment of counsel. So, that plaintiffs interests may be protected by the

-3-

08cv0078

1. PROFESSIONAL ASSISTANCE REQUIRED BASED
2. ON THE HEREIN STATED EXCEPTIONAL
3. CIRCUMSTANCES.
4. DATED:                           RESPECTFULLY SUBMITTED,
5. MARCH 09, 2008.
6.                                  JORGE GUADARRAMA
7.                                  P.54739
8.                                  PLAINTIFF IN PRO PER

## DECLARATION OF JORGE GUADARRAMA

I, JORGE GUADARRAMA, DECLARE UNDER PENALTY OF PERJURY:

1. I AM THE PLAINTIFF IN THE CASE OF JORGE GUADARRAMA V. THE STATE OF CALIFORNIA, ET AL., CIVIL CASE NO.: 08-0078 H (AJB) THAT WAS CURRENTLY PENDING IN THE UNITED STATES DISTRICT COURT OF THE SOUTHERN DISTRICT IN THE STATE OF CALIFORNIA, TIL THIS COURT ORDER ON FEBRUARY 20, 2008.

2. THAT ON FEBRUARY 20, 2008 THE ABOVE-MENTIONED COURT DISMISSED PLAINTIFF'S COMPLAINT PURSUANT TO 28 U.S.C. §§ 1915(e)(2)(B) AND § 1915 A(b).

3. THAT AFTER THIS ORDER DATED FEBRUARY 20, 2008, PLAINTIFF NO LONGER CAN ADEQUATELY "ARTICULATE HIS CLAIMS PRO SE IN LIGHT OF THE COMPLEXITY OF THE LEGAL ISSUES INVOLVED." TERRELL V. BREWER, 935 F.2d 1015, 1017 (9th Cir. 1991); SEE 28 U.S.C. §§ 1915(e)(1).

4. THEREFORE, CANNOT SUBMIT A FIRST AMENDED COMPLAINT WITHIN 45 DAYS, BECAUSE PLAINTIFF NO LONGER CAN ADEQUATELY ARTICULATE HIS CLAIMS PRO SE IN LIGHT OF THE COMPLEXITY OF THE LEGAL ISSUES INVOLVED. REQUESTING THAT THIS COURT APPOINT COUNSEL

SO THAT PLAINTIFF INTERESTS MAY BE PROTECTED BY THE PROFESSIONAL ASSISTANCE REQUIRED BASED ON THE HEREIN STATED EXCEPTIONAL CIRCUMSTANCES.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT AND THAT THIS DECLARATION WAS EXECUTED THIS __NINTH__ DAY OF __MARCH__, 2008, AT CALIPATRIA, CALIFORNIA.

RESPECTFULLY SUBMITTED,

JORGE GUADARRAMA
P-54739
DECLARANT-PLAINTIFF
IN PRO PER

# VERIFICATION

## STATE OF CALIFORNIA
## COUNTY OF IMPERIAL

(C.C.P. SEC.446 & 201.5; 28 U.S.C. SEC. 1746)

I, __JORGE GUADARRAMA__ DECLARE UNDER PENALTY OF PERJURY THAT: I AM THE __PLAINTIFF__ IN THE ABOVE ENTITLED ACTION; I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS __NINTH__ DAY OF __MARCH__ 2008 AT CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA #92233-5002

(SIGNATURE) _____
(DECLARANT/PRISONER)

## PROOF OF SERVICE BY MAIL
(C.C.P. SEC.1013 (a) & 2015.5; 28 U.S.C. SEC.1746)

I, __JORGE GUADARRAMA__ AM A RESIDENT OF CALIPATRIA STATE PRISON, IN THE COUNTY OF IMPERIAL, STATE OF CALIFORNIA. I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM / NOT A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: P.O. BOX 5002, CALIPATRIA, CALIFORNIA #92233-5002.

ON __MARCH 09, 2008__ I SERVED THE FOREGOING: __UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA OFFICE OF THE CLERK 880 FRONT STREET, SUITE 4290, SAN DIEGO, CALIFORNIA. 92101-8900__

(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)

ON THE PARTY (S) HEREIN BY PLACING A TRUE COPY (S) THEREOF, ENCLOSED IN A SEALED ENVELOPE (S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA #92233-5002.

1. NOTICE OF MOTION FOR RECONSIDERATION FOR APPOINTMENT OF COUNSEL BASED ON EXCEPTIONAL CIRCUMSTANCES; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF JORGE GUADARRAMA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
880 FRONT STREET, SUITE 4290
SAN DIEGO, CALIFORNIA. 92101-8900

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: __MARCH 09, 2008__      _____
(DECLARANT/PRISONER)