UNITED STATES DISTRICT COURT

DISTRICT OF __CALIFORNIA__

Transcript Designation and Ordering Form

U.S. District Court Case No. __08CV0078 H (AJB)__
(Include defendant # in Criminal Cases)

U.S. Court of Appeals Case No. ____

Short Case Title __JORGE GUADARRAMA V. THE STATE OF CALIFORNIA, ET AL__
(Include Name of Specific Defendants in Criminal Cases)

Date Notice of Appeal Filed by Clerk of District Court __MARCH 04, 2008.__

**FILED**
MAR 18 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

**SECTION A** — To be completed by party ordering transcript

| HEARING DATE | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| | | Voir Dire |
| | | Opening Statements |
| N/A | | Settlement Instructions |
| | | Closing Arguments — STRIKE |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| FEBRUARY 04, 2008. | N/A | Other (please specify) COMPLAINT (DOC. NO. 1) |
| FEBRUARY 04, 2008. | N/A | AND MOTION FOR APPOINTMENT OF COUNSEL (DOC. NO. 3). |

(attach additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

(X) As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

( ) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered __MARCH 13, 2008.__

Type or Print Name __JORGE GUADARRAMA P.54739__

Signature of Attorney ____ Phone Number __N/A__

Address: __P.O. BOX 5002, CALIPATRIA, CALIFORNIA. 92233__

**FILED**
MAR 18 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

This form is divided into five parts. It should be used to comply with the Federal Rules of Appellate Procedure and the Local Rules of the U.S. Court of Appeals for the Ninth Circuit regarding the designation and ordering of court reporters' transcripts.

Please note the specific instructions below. If there are further questions, contact the Clerk's Office, U.S. District Court at (619) 557-6368.

**SPECIFIC INSTRUCTIONS FOR ATTORNEYS**
(1) Pick up form from district court clerk's office when filing the notice of appeal.
(2) Complete Section A, place additional designations on blank paper if needed.
(3) Send Copy 1 to District Court.
(4) Send Copy 4 to opposing counsel. Make additional photocopies if necessary.
(5) Send Copies 2 and 3 to court reporter. Contact court reporter to make further arrangements for payment.
(6) Continue to monitor progress of transcript preparation.

CA9-039 (REV. 11/96)

COPY 1

# VERIFICATION

## STATE OF CALIFORNIA
## COUNTY OF IMPERIAL

(C.C.P. SEC.446 & 201.5; 28 U.S.C. SEC. 1746)

I, JORGE GUADARRAMA, DECLARE UNDER PENALTY OF PERJURY THAT: I AM THE PLAINTIFF IN THE ABOVE ENTITLED ACTION; I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS THIRTEENTH DAY OF: MARCH, 2008 AT CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA #92233-5002.

(SIGNATURE) _____
(DECLARANT/PRISONER)

## PROOF OF SERVICE BY MAIL

(C.C.P. SEC.1013 (a) & 2015.5; 28 U.S.C. SEC.1746)

I, JORGE GUADARRAMA, AM A RESIDENT OF CALIPATRIA STATE PRISON, IN THE COUNTY OF IMPERIAL, STATE OF CALIFORNIA. I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM / NOT A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: P.O. BOX 5002, CALIPATRIA, CALIFORNIA #92233-5002.

ON MARCH 13, 2008 I SERVED THE FOREGOING: UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA OFFICE OF THE CLERK, 880 FRONT STREET, SUITE 4290, SAN DIEGO, CALIFORNIA. 92101-8900

(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)

ON THE PARTY (S) HEREIN BY PLACING A TRUE COPY (S) THEREOF, ENCLOSED IN A SEALED ENVELOPE (S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA #92233-5002.

TRANSCRIPT DESIGNATION AND ORDERING FORM
COPY 1.
COPIES 2 AND 3.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
880 FRONT STREET, SUITE 4290
SAN DIEGO, CALIFORNIA. 92101-8900

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: MARCH 13, 2008. _____
(DECLARANT/PRISONER)