1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

9
10
11

JORGE GUADARRAMA,

CASE NO. 08-CV-0078 H (AJB)

12

Plaintiff,

**ORDER DENYING MOTION FOR RECONSIDERATION**

vs.

13

[Doc. No. 10.]

14

THE STATE OF CALIFORNIA, et al.,

Defendants.

15
16
17

On January 14, 2008, plaintiff Jorge Guadarrama, a state prisoner, filed a complaint

18

under 42 U.S.C. § 1983. (Doc. No. 1.) Plaintiff filed a motion for the appointment of counsel

19

to assist him in prosecuting this civil action. (Doc. No. 3.) On February 4, 2008, the Court

20

denied Plaintiff's motion to appoint counsel. (Doc. No. 4.) On February 20, 2008, the Court

21

dismissed Plaintiff's complaint pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b) for

22

failure to state a claim. (Doc. No. 5.) The Court granted Plaintiff leave to file a first amended

23

complaint within 45 days of the order of dismissal.

On February 27, 2008, Plaintiff filed a motion for an extension of time to file an

24

objection to the Court's order denying Plaintiff's motion to appoint counsel. (Doc. No. 6.)

25

The Court granted the requested extension. (Doc. No. 7.) On March 17, 2008, Plaintiff filed

26

a motion for reconsideration of the Court's denial of his request for appointed counsel. (Doc.

27

No. 10.)

28

///

1    Reconsideration "is appropriate if the district court (1) is presented with newly

2  discovered evidence, (2) committed clear error or the initial decision was manifestly unjust,

3  or (3) if there is an intervening change in controlling law." School Dist. No. 1J, Multnomah

4  County v. AC & S, Inc., 5 F.3d 1255, 1263 (9th Cir. 1993). Whether to grant or deny

5  reconsideration is within the discretion of the district court. United States v. Desert Gold

6  Mining Co., 433 F.2d 713, 715 (9th Cir. 1970).

7    The Court concludes that Plaintiff's motion fails to establish grounds for

8  reconsideration. Therefore, the Court denies Plaintiff's motion. The Court notes, however,

9  that its denial of Plaintiff's request for appointed counsel was without prejudice to Plaintiff's

10  ability to file a new motion to appoint counsel if new circumstances render Plaintiff no longer

11  able to adequately "articulate his claims pro se in light of the complexity of the legal issues

12  involved." Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991).

13  IT IS SO ORDERED.

14  DATED: March 21, 2008

15

16  MARILYN L. HUFF, District Judge
    UNITED STATES DISTRICT COURT

17

18

19

20

21

22

23

24

25

26

27

28