# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

**FILED**
2008 APR -8 PM 3:50

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By _____ DEPUTY

TO: ☑ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE  Huff
FROM: R. Mullin, Deputy Clerk          RECEIVED DATE: 4/4/2008
CASE NO.: 08cv0078 H (AJB)    DOCUMENT FILED BY: Plaintiff
CASE TITLE: Guadarrama v. The State of California, et al
DOCUMENT ENTITLED: Motion Objecting to this Court Order Denying Plaintiff's Motion...

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| X | 7.1 or 47.1 | **Date noticed for hearing not in compliance with rules/Document(s) are not timely** |
| X | 7.1 or 47.1 | **Lacking memorandum of points and authorities in support as a separate document** |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |

OTHER: Court previously ruled on requested relief See order dated 3/21/08

Date forwarded: 4/7/2008

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

Dated: 4/7/08         CHAMBERS OF: Judge Huff
cc: All Parties       By: SR / PSLC

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

1  JORGE GUADARRAMA P-54739
2  CALIPATRIA STATE PRISON
   P.O. BOX 5002, ASU 138 LOW
3  CALIPATRIA, CALIFORNIA. 92233

4  PLAINTIFF IN PRO PER

**REJECTED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE GUADARRAMA, <br> PLAINTIFF, <br> V. <br> THE STATE OF CALIFORNIA, ET AL., <br> DEFENDANT. | CIVIL NO.: 08-0078 H (AJB) <br> NOTICE OF MOTION OBJECTING TO THIS COURT ORDER DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL; LEGAL MEMORANDUM; DECLARATION OF JORGE GUADARRAMA. <br> DATE: APRIL 04, 2008. <br> TIME: 10:00 A.M. <br> PLACE: UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA 880 FRONT STREET, SUITE 4290 SAN DIEGO, CALIFORNIA. 92101 <br> COURTROOM # _____ |

TO THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE THAT ON THIS **FOURTH** DAY OF **APRIL**, 2008 AT 10:00 A.M. OR BE HEARD THE NEXT DAY OR AS SOON AS THIS MATTER CAN BE HEARD AND PLACED ON CALENDER, PLAINTIFF GUADARRAMA OBJECTS TO THIS

-1-

08cv78