# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

**RECEIVED**
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS
PASADENA OFFICE

APR - 9 2008

**FILED**
APR 11 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

FILED
DOCKETED  4-9-8
DATE        INITIAL

To: Clerk, U.S. Court of Appeals
P.O. Box 193939
San Francisco, CA 94119-3939

Re: **USCA No:** 08-55421
**USDC No:** 08cv78 H (AJB)
**Guadarrama v. The State of California, et al**

Clerk, U.S. Court of Appeals, enclosed herewith you will please find:

|   |   |   |   |
|---|---|---|---|
|   | Copy of the Notice of Appeal |   | Docket Entries |
|   | Case Information/Docket Fee Payment Notification Form | | |
|   | Order for Time Schedule (Criminal) | | |
|   | Original Clerk's Record in ___ set(s) of ___ volume(s). | | |
|   | Reporter's transcript's transcripts in ___ set(s) of ___ volume(s). | | |
|   | Clerk's supplemental record in ___ set(s) of ___ volume(s). | | |
|   | Exhibits in ___ envelope(s) ___ box(es) ___ folders(s) | | |
|   | Judgement Order | OR | F/P Order |
|   | CJA Form 20 | OR | Minute Order |
| ✗ | Certificate of Record | OR | Mandate Return |
|   | Amended docket fee notification form | | |
|   | Order Appointing Counsel for Appeal | | |
|   |   | | |
| ✗ | Please acknowledge on the enclosed copy of this transmittal | | |

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

Date: 04/3/08

By: **L. Hammer**
Lauren Hammer, **Deputy**