# PLAINTIFF'S EXHIBIT LIST

| LETTER OF EXHIBIT | DESCRIPTION | DATED |
|---|---|---|
| | CIVIL RIGHTS COMPLAINT [42 U.S.C. §§ 1983] FIRST AMENDED COMPLAINT FOR MONEY DAMAGES; DECLARATORY AND INJUNCTIVE RELIEF; DEMAND FOR JURY TRIAL PURSUANT TO [F.R.C.P. §§ 38(B); LOCAL RULE 38.1]. | 04/20/2008. |
| "A" | OPERATIVE REPORT. | 09/23/2005. |
| "B" | THERAPIST DOCUMENT/LETTER. | 11/01/2005. |
| "C" | THERAPIST DOCUMENT/LETTER. | 12/12/2005. |
| "D" | THERAPIST DOCUMENT/LETTER. | 02/22/2006. |
| "E" | THERAPIST DOCUMENT/LETTER. | 04/04/2006. |
| "F" | THERAPIST DOCUMENT/LETTER. | 04/07/2006. |
| "G" | C.D.C.R 1824 (1/95) / 602 (12/87) CAL LOG NUMBER A-06-02589. | 10/26/2006. |
| "H" | OPERATIVE REPORT. | 12/05/2006. |

EXHIBIT
"A"

Report: OP REPORTS Typ Date: 09/24/05 ST Date: 09/23/05 Status: FINAL
Description: Operative Report
09/23/05

Dictating Practitioner: Mayer Tenenhaus, M.D.

Staff Physician: Mayer Tenenhaus, M.D.

Date of Operation: 09/23/2005

PREOPERATIVE DIAGNOSIS: Burns with open joints, tendon injuries and exposed bone bilateral wrists, forearms, thumbs, first web spaces.
POSTOPERATIVE DIAGNOSIS: Burns with open joints, tendon injuries and exposed bone bilateral wrists, forearms, thumbs, first web spaces.
OPERATION: Irrigation and debridement and radial forearm flap and split-thickness coverage to the right thumb and hand with repair of the extensor pollicis brevis and split-thickness skin grafting and irrigation and debridement and posterior interosseous flap to the left thumb and hand with repair of the extensor pollicis longus and split-thickness skin grafting, total amount of split-thickness skin grafting is 600 sq cm.
SURGEON/STAFF: M. Tenenhaus ASST: Bhavsar.

TYPE OF ANESTHESIA: General.
ESTIMATED BLOOD LOSS: Approximately 200-250 ml.
INTRAVENOUS FLUIDS: 3800 ml of crystalloid.
URINE OUTPUT: 1500 ml.
ANTIBIOTICS: The patient continues on his antibiotic regimen.

BRIEF HISTORY AND INDICATIONS: The patient has suffered burn injuries to the aforementioned sites. We have discussed at great length with the patient the very real risks and complications and we were absolutely meticulous in informed consents going very slowly, very carefully through each and every part of these operations all the risks and complications of future surgeries, rehabilitation, etc.

PROCEDURE: He was brought to the operating theater. The areas were sterilely prepped and draped in the usual fashion. The appropriate bolsters and supports were in place. Meticulous bony protection and eye protection was performed. We utilized well-cushioned tourniquets and everything is done under loupe telescope magnification.

With respect to the right hand and thumb and web region, again this was a very deep burn down to joint, bone and tendon. The EPB is severely attenuated. We performed a VersaJet debridement everywhere and then we reapproximated what was left of the EPB with nylon sutures, figure-of-eight.

We did a similar debridement on the contralateral side left hand, thumb, finger web space. Here the EPL was severe disrupted and attenuated and we plicated it with U stitch repair to the EPL. The EPB was completely gone. The extensor carpi radialis distally was gone. The bone was thoroughly irrigated, debrided and cleansed. We then made templates of the
=======================TEXT CONTINUED ON NEXT PAGE=======================

GUADARRAMA ,JORGE MR#: 08262339 LAB
Pt#: 58118191 M 01/10/1981 Age: 26 ANC

Report: OP REPORTS Typ Date: 09/24/05 ST Date: 09/23/05 Status: FINAL
Description: Operative Report

aforementioned sites. It should be noted that the patient was prepared with arteriogram beforehand.

We demarcated for the right hand due to the large size of the defect the radial forearm flap. This was elevated and the procedure described by Masquelet. We demarcated the axis and pivot point anatomically over the middle third anterior aspect of the forearm, accommodated a length of pedicle based on the rotation of our pivot point and we also dopplered out the radial artery. An incision was made proximal to the incision to obtain proximal access to the vascular pedicle and similarly distally at the wrist. The dissection was made on the ulnar side including the fascia until it reached the lateral border of the FCR (flexor carpi radialis). We retracted the muscles ulnarwards to deepen the dissection and to follow the pedicle in its mesentery. On the radial aspect, the flap was again released from the underlying brachioradialis muscle. We identified the radial nerve branch. This was completely kept out of harm's way. The radial artery and the venae comitantes were clamped and we watched the flap for about a half hour as we actually did our debridement on the other side and we had a beautiful, well-perfused flap and digits. We then used surgical clamps to ligate proximally. We left these edges well-buried and invested. We elevated the flap at its pedicle and it really reached the donor site just beautifully. Our template made a beautiful accommodation of coverage to the defect. There was absolutely no tension on it.

Our attention was then made to the contralateral upper extremity. Here we performed a posterior interosseous flap. We began after a template was performed. We demarcated the axis of the flap from the lateral epicondyle to the distal radioulnar joint. We also were able to Doppler out the pedicles just where they should be and we demarcated the center of the flap at the junction of the middle and proximal thirds of the line. The incision was made on the posterolateral border of the flap and extended distally to the distal radioulnar joint to expose the vascular pedicle and we defined the intermuscular septum here. The fascia was incised on both sides of the septum and the extensor carpi ulnaris was retracted to the ulna. The EDM (extensor digiti minimi) and extensor indices were retracted radially exposing the posterior interosseous artery and we raised the flap with the deep fascia. We were meticulous. We actually identified the post interosseous nerve and kept it out of harm's way. We released the interosseous nerve and we identified the major pedicles. As we proceeded with our dissection at the medial border of the flap by the extensor carpi ulnaris, it was incised on to the ulnar shaft and this really allowed us to raise the vascular arcade. We maintained the anterior interosseous artery connection and we had a nice gentle pivot. Once again the flap covered beautifully. It should also be noted that prior to severing the proximal vascular connection, we placed a vascular clamp and watched the flap for more than a half hour and it was really beautiful. Again, this site was similarly debrided and repaired as noted earlier. The flaps were then inset very gently with Dexons and nylon sutures.

We did an advancement to close the donor site defects but he did require skin grafts bilaterally. We made templates and we only took as much skin as we needed. We used tumescent technique and prepared split-thickness graft. These were inset as sheet grafts into the donor sites bilaterally, sutured and stapled into position with windows. We placed Xeroform, well-cushioned bandage and it should be noted that we took a long, meticulous inset time. We were absolutely meticulous in all of our

========================TEXT CONTINUED ON NEXT PAGE========================

06:59 07/30/07 FROM WS95,RENCTMF1
HE255566

GUADARRAMA ,JORGE MR#: 08262339 LAB
Pt#: 58118191 M 01/10/1981 Age: 26 ANC

Report: OP REPORTS Typ Date: 09/24/05 ST Date: 09/23/05 Status: FINAL
Description: Operative Report

dissections. The flaps very well perfused. They really tailored and contoured beautifully. We did leave small areas open for drainage. We had nice, custom-made thermoplastic splints which fit the patient beautifully after a nice, gentle cushion bandage was placed. We tested both flaps for color, turgor, temperature and Doppler pulses as well as rapid refill and it was excellent. We spent a long time communicating postoperative care and needs.

Signature Derived From Controlled Access Password
Mayer Tenenhaus, M.D. 09/30/2005 09:44

DD: 09/23/2005 DT: 09/24/2005 11:34 A DocNo.: 1137478
MT/r10 0281034.MC

Referring Physician:
UNK

Primary Care Physician:
NONE PER PATIENT

cc:

===============================END OF REPORT==============================

06:59 07/30/07 FROM WS95,RENCTMF1
HE255566

EXHIBIT
"B"

11/1/05

Regarding Jorge Guadarrama:

This man's wounds are all healed except for his right web space between thumb and index finger. This area needs only a topical antibiotic and xeroform with light dressing to assist with healing.

He is getting a contracture in this space also. We have fabricated him a C-Bar splint to be worn on/off during the day, preferably for 2 hours on and 2 hours off. He should be wearing this splint ALL NIGHT! PLEASE CHECK FOR RED AREAS AFTER REMOVING THE SPLINT!! This will indicate that there is pressure in that area and needs to be re-adjusted when he returns. If this is not addressed, he could develop a pressure sore. Please mark the splint with an X, if there are areas that need to be adjusted at his next appointment. If the area does not return to regular color within 20 min, please decrease the useage of the splint by an ½.

Please be aware of his swelling in his hands and digits. He is to wear the edema glove on his left hand all day and night except for washing his hands and exercises. The tubigrip on his left forearm is to help with compression of his graft site. All graft sites need to have lotion applied 2 times a day to prevent contractures.

If you have any questions or concerns, please call me directly at (619)543-6530.

Thank you…

Adrienne Spelyng, OTR/L

California State Prison
MAR 1 0 2008
Health Records
Inmate Copy

EXHIBIT
"C"

To whom it may concern:

Please have Mr. Guadarrama use the hook velcro on his thumb nail to provide better placement of the strap to pull his IP joint of his thumb into more flexion. It is ok to leave the hook on his nail for up to 2 weeks without changing it. This should not effect his nail. Please replace the Velcro hook as needed to keep the strap from falling off. He is ok'd to wear the splint without the glove on this hand.

He was seen by the plastic surgeon today, who recommends a web space release on his right hand in the near future. He also expects to do a contracture release on both his thumb IP joints for better flexion.

Please schedule an appointment with Dr. Tenenhaus of the plastic surgery department in 3 weeks for his young man to follow up for future surgical intervention.

Thank you!

ADRIENNE SPELYNG, OTR/L
(619)543-6530

copy to SRN Gray Noguchi RN 12/12/05

Received 12/12/05 1450 Noguchi RN

California State Prison MAR - 6 2008 Health Records Inmate Copy

EXHIBIT "D"

2/22/06

Attention Nurse Taking Care of Jorge Guadarrama:

Occupational therapy has taken out Jorge's stitches in his right hand graft area. There was a little bleeding; antibiotic was applied, along with zero form to grafted areas only. He has one small area of maceration located in his web space as observed as white 'mushy' skin. I know it is difficult to keep the zero form from contact with his good skin, but this is important. I very carefully cut the strips and placed them only on the new grafted areas, where he has pink/red granulating skin. This may shift over time and with the splint use. Please be careful not to place the zero form over the good skin, as it will continue to macerate. Otherwise his grafts look great, he is moving pretty well, and the splints are helping him maintain his new range of motion.

We will continue with 2xweek OT to progress his home exercise program and start strengthening when he is able.

Thank you for your help!!

Adi Spelyng OTR/L CHT

Adrienne Spelyng, OTR/l, CHT

EXHIBIT
"E"



UNIVERSITY of CALIFORNIA, SAN DIEGO
MEDICAL CENTER

04/04/06

Attention Staff Working with Jorge Guadarrama:

This man' s most recent surgery was to release a skin contracture in his web space of his right hand. This occurred because of poor positioning, skin graft management and follow thru exercises. He may at this time have no open areas or wounds that need 'protecting', but these splints are still preventing the maturing scar from becoming contracted again. It is *VITALLY* important that he is allowed to wear these splints for another few months. It is during this time that the scar will start to 'mature' and therefore still exhibits the potential to shorten and contract once again limiting his right hand function.

It is my professional opinion that he needs to wear both hand splints until his next follow up visit with the MD. At that time Dr. Tenenhaus will decide if it is ok for Jorge to discontinue use of one, or both hand splints.

Please feel free to contact me with any questions you may have. (619) 543-6530.

Thank You,

Adrienne Spelyng, OTR/L, CHT

California State Prison
MAR 0 2008
Health Records
Inmate Copy

REHABILITATION SERVICES
200 WEST ARBOR DRIVE, # 8775 SAN DIEGO, CALIFORNIA 92103-8775 TEL: (619) 543-2706 FAX: (619) 543-7808

EXHIBIT
"F"

4/7/06

Attention Staff Working with Jorge Guadarrama:

Just to clarify his splinting wear schedule:

Jorge will take his splints off for 2 hours and perform exercises with his hands to stretch and increase grip strength. He can use any device you allow him to, to strengthen his grip and pinches. After 2 hours he puts his splints back on to protect his grafts while they mature fully. He will alternate this schedule until night time. He is to wear them all night long.

Please call me with any questions. (619)543-6530

Adrienne Spelyng, OTR/L, CHT

California State Prison
Health Records
Inmate Copy

EXHIBIT
"G"

RECEIVED CAL APPEALS NOV 01 2006

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

**REASONABLE MODIFICATION OR ACCOMMODATION REQUEST**
**CDC 1824 (1/95)**

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: |
|---|---|---|
| CAL A | 0602589 | 18. ADA |

**NOTE: THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES**

*In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.*

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| GUADARRAMA, J | P54739 | | | 135 Low A-5-126S |

**In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.**

**You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.**

**Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.**

**If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.**

**To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.**

**Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.**

**If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.**

## MODIFICATION OR ACCOMMODATION REQUESTED

DESCRIPTION OF DISABILITY: Skin grafts to both arms/hands from 3rd degree burns, Requiring use of Edema gloves & Forearm sleeves & Custom-Molded Hand Splints - "C Bar".

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?

Progress records & Post surgical / Physical Therapy Instructions From U.C.S.D. Medical Center.
"Permanent" Comprehensive Accommodation Chrono form(s) 7410 Noting Authorized Medical Equipment/Supplies and Physical Limitations.

DESCRIBE THE PROBLEM:

Handsplints have become unusable & Need to be renewed due to fractures / Breakage.
Edema gloves & Forearm sleeves are over a year old & Have deteriorated from daily wear.

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED?

Renew / Replace Customized Hand splints - C Bar & Edema gloves & Forearm sleeves.

[signature] 10-26-06

INMATE/PAROLEE'S SIGNATURE DATE SIGNED

RECEIVED CAL APPEALS NOV 01 2006

CAL A 0602589

**REASONABLE MODIFICATION OR ACCOMMODATION REQUEST**
**CDC 1824 (1/95)**

## REVIEWER'S ACTION

**DATE ASSIGNED TO REVIEWER:** NOV 0 2 2006
**DATE DUE:** 12/14/06

**TYPE OF ADA ISSUE**

☐ PROGRAM, SERVICE, OR ACTIVITY ACCESS (Not requiring structural modification)

- ☐ Auxiliary Aid or Device Requested
- ☐ Other ____________________

☐ PHYSICAL ACCESS (requiring structural modification)

**DISCUSSION OF FINDINGS:** ____________________

DATE INMATE/PAROLEE WAS INTERVIEWED ____________________

PERSON WHO CONDUCTED INTERVIEW ____________________

**DISPOSITION**

☐ GRANTED ☐ DENIED ☐ PARTIALLY GRANTED

**BASIS OF DECISION:** ____________________

**NOTE:** *If disposition is based upon information provided by other staff or other resources, specify the resource and the information provided. If the request is granted, specify the process by which the modification or accommodation will be provided, with time frames if appropriate.*

| DISPOSITION RENDERED BY: (NAME) | TITLE | INSTITUTION/FACILITY |
|---|---|---|
| | | |

## APPROVAL

| ASSOCIATE WARDEN'S SIGNATURE | DATE SIGNED |
|---|---|
| | |

DATE RETURNED TO INMATE/PAROLEE ____________________

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region 1. CAL 2. ______

Log No. A 1. 0602589 2. ______

Category 8

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Guadarrama | P54739 | | |

A. Describe Problem: not an ada issue Respond on 602 form D Edwards CCII SP 11/2/06

If you need more space, attach one additional sheet.

B. Action Requested: ______

Inmate/Parolee Signature: ______ Date Submitted: ______

C. INFORMAL LEVEL (Date Received: ______)

Staff Response: ______

Staff Signature: ______ Date Returned to Inmate: ______

D. FORMAL LEVEL

If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

CSPR CCLL BYPASS

Signature: ______ Date Submitted: ______

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: CAL A 0602589

First Level ☐ Granted ☑ P. Granted ☐ Denied ☐ Other NOV 0 2 2006

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: ______ Due Date: 12/14/06

Interviewed by: ______

Please see Attached

Staff Signature: ______ Title: ______ Date Completed: 11/22/06

Division Head Approved: Returned

Signature: ______ Title: SRNT Date to Inmate: NOV 2 ... 2006

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

Signature: ______ Date Submitted: ______

Second Level ☐ Granted ☐ P. Granted ☐ Denied ☐ Other ______

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: ______ Due Date: ______

☐ See Attached Letter

Signature: ______ Date Completed: ______

Warden/Superintendent Signature: ______ Date Returned to Inmate: ______

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Signature: ______ Date Submitted: ______

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted ☐ P. Granted ☐ Denied ☐ Other ______

☐ See Attached Letter

Date: ______

**INMATE APPEAL ASSIGNMENT NOTICE**

To: INMATE GUADARRAMA, P54739
Current Housing: FA0500000000135L

Date: November 2, 2006

From: INMATE APPEALS OFFICE

Re: APPEAL LOG NUMBER: CAL-A-06-02589

ASSIGNED STAFF REVIEWER: MEDICAL
APPEAL ISSUE: MEDICAL
DUE DATE: 12/14/2006

Inmate GUADARRAMA, this acts as a notice to you that your appeal has been sent to the above staff for FIRST level response. If you have any questions, contact the above staff member. If dissatisfied, you have 15 days from the receipt of the response to forward your appeal for SECOND level review.

D Edwards
Appeals Staff
Appeals Coordinator

**CALIPATRIA STATE PRISON**
**FIRST LEVEL REVIEW**

**NAME:** **GUADARRAMA, J** **CDC #: P-54739**

**APPEALS LOG No:** **CAL-A-06-02589**

**INTERVIEW:** **M. NOGALES, RN on November 7, 2006**

**APPEAL DECISION:** **PARTIALLY GRANTED**

**APPEAL ISSUE:** **MEDICAL**

**APPEAL RESPONSE:** In consideration of the appeal, a review of the appeal and its attachments was conducted. The California Code of Regulations (CCR), all applicable laws and procedures, a personal interview and the contents of the appellant's Unit Health Record (UHR) were considered.

The appellant states that he suffered 3rd degree burns that require him to use custom hand splints, edema gloves, and forearm sleeves. Appellant claims his hand splints have become unusable due to fractures and breakage. Additionally, his edema gloves and forearm sleeves are over a year old and have deteriorated from daily wear.

The appellant is requesting to have his hand splints, edema gloves, and forearm sleeves replaced.

The appellant is aware he has been scheduled for surgery November 2006. Appellant agreed during the personal interview to wait on his hand splints until after the surgery.

Appellant has been scheduled for doctor's line for Wednesday, November 29, 2006 to have an order written for edema gloves and forearm sleeves. Once order is written appellant will be issued the edema gloves and forearm sleeves.

Based on the above, the appeal is **PARTAILLY GRANTED** at the First Formal Level in that custom hand splints will be address after appellant's scheduled surgery. In addition, edema gloves and forearm sleeve will be issued once proper documentation is completed.

[signature] 11/22/06

**M. NOGALES, RN**
**Registered Nurse**
**Calipatria State Prison**

DATE

RECEIVED CAL APPEALS NOV 01 2006

Inmate Copy 11/1/05

Regarding Jorge Guadarrama:

This man's wounds are all healed except for his right web space between thumb and index finger. This area needs only a topical antibiotic and xeroform with light dressing to assist with healing.

He is getting a contracture in this space also. We have fabricated him a C-Bar splint to be worn on/off during the day, preferably for 2 hours on and 2 hours off. He should be wearing this splint ALL NIGHT! PLEASE CHECK FOR RED AREAS AFTER REMOVING THE SPLINT!! This will indicate that there is pressure in that area and needs to be re-adjusted when he returns. If this is not addressed, he could develop a pressure sore. Please mark the splint with an X, if there are areas that need to be adjusted at his next appointment. If the area does not return to regular color within 20 min, please decrease the useage of the splint by an ½.

Please be aware of his swelling in his hands and digits. He is to wear the edema glove on his left hand all day and night except for washing his hands and exercises. The tubigrip on his left forearm is to help with compression of his graft site. All graft sites need to have lotion applied 2 times a day to prevent contractures.

If you have any questions or concerns, please call me directly at [redacted]

Thank you…

Adrienne Spelyng, OTR/L

[signature]

RECEIVED CAL APPEALS NOV 01 2005

UCSD Medical Center

REHABILITIATION SERVICES
PROGRESS RECORD

CAL-A 0402589
JORGE NMN
OA-0

| LOCATION | | Source | Date | |
|---|---|---|---|---|
| ☐ Hillcrest | ☐ Thornton | PT | | |
| TYPE OF THERAPY | | 775 | 11 04 05 | EXP 11/30/05 |
| ☐ Phys Therapy | ☐ Occup Therapy | | | Patient Identification |

| DATE | |
|---|---|
| | Dressing small, thin. can put antibiotic ointment and bandaid - does not need to be wrapped around thumb - only in web space. |
| | Exercise ① rubber band exercises - around fingers, open thumb. ② blocking exercises - has paper already. |
| | Gloves wear at all times except for bath/shower |
| | moisturize grafted areas often to keep from drying out. |
| | Thanks - Allison Helm OTR |

UCSD Medical Center
HILLCREST

Allison Helm, MOT, OTR/L
*Lead OT*
*Regional Burn Center*

TEL: 619 543 6530
FAX: 619 543 7808
EMAIL: ahelm7@cox.net

Rehabilitation Services
200 WEST ARBOR DRIVE
SAN DIEGO, CALIFORNIA 92103-8779

RECEIVED CAL APPEALS NOV 01 2006
CAL A 0602589

To whom it may concern:

Please have Mr. Guadarrama use the hook velcro on his thumb nail to provide better placement of the strap to pull his IP joint of his thumb into more flexion. It is ok to leave the hook on his nail for up to 2 weeks without changing it. This should not effect his nail. Please replace the Velcro hook as needed to keep the strap from falling off. He is ok'd to wear the splint without the glove on this hand.

He was seen by the plastic surgeon today, who recommends a web space release on his right hand in the near future. He also expects to do a contracture release on both his thumb IP joints for better flexion.

Please schedule an appointment with Dr. Tenenhaus of the plastic surgery department in 3 weeks for his young man to follow up for future surgical intervention.

Thank you!

copy to SRN Gray Nogales 12/21

Received 12/12/05 1450 Nogales PA



UNIVERSITY of CALIFORNIA, SAN DIEGO

MEDICAL CENTER

CAL A 0602589

04/04/06

Attention Staff Working with Jorge Guadarrama:

This man' s most recent surgery was to release a skin contracture in his web space of his right hand. This occurred because of poor positioning, skin graft management and follow thru exercises. He may at this time have no open areas or wounds that need 'protecting', but these splints are still preventing the maturing scar from becoming contracted again. It is *VITALLY* important that he is allowed to wear these splints for another few months. It is during this time that the scar will start to 'mature' and therefore still exhibits the potential to shorten and contract once again limiting his right hand function.

It is my professional opinion that he needs to wear both hand splints until his next follow up visit with the MD. At that time Dr. Tenenhaus will decide if it is ok for Jorge to discontinue use of one, or both hand splints.

Please feel free to contact me with any questions you may have. (619) 543-6530.

Thank You,

Adrienne Spelyng, OTR/L, CHT

HEALTH RECORD
INMATE COPY

REHABILITATION SERVICES
200 WEST ARBOR DRIVE, # 8775 SAN DIEGO, CALIFORNIA 92103-8775 TEL: (619) 543-2706 FAX: (619) 543-7808

Copy of this Instruction on the file 4/7/06 @ 1400

4/7/06

Attention Staff Working with Jorge Guadarrama:

Just to clarify his splinting wear schedule:

Jorge will take his splints off for 2 hours and perform exercises with his hands to stretch and increase grip strength. He can use any device you allow him to, to strengthen his grip and pinches. After 2 hours he puts his splints back on to protect his grafts while they mature fully. He will alternate this schedule until night time. He is to wear them all night long.

Please call me with any questions. (619)543-6530

Adrienne Spelyng, OTR/L, CHT

Adrienne Spelyng, OTR/L, CHT

HEALTH RECORD
INMATE COPY

RECEIVED CAL APPEALS NOV 0 1 2006

CAL A 0602589

UNIVERSITY *of* CALIFORNIA, SAN DIEGO

MEDICAL CENTER

ATTENTION STAFF CARING FOR JORGE GUADARRAMA:

HE NO LONGER NEEDS THE SLEEVES FOR HIS FOREARMS WHEN HE IS INDOORS. HIS SKIN GRAFTS ARE SLIGHTLY SENSITIVE, AND HE NEEDS TO 'DESENSITIZE THEM' WITH TOUCHING AND RUBBING DIFFERENT MATERIALS ON THEM. WHEN HE IS OUTSIDE, HE NEEDS TO WEAR THE SLEEVES TO PROTECT HIS GRAFTS FROM THE SUN. THE SUN COULD POTENTIALLY BURN HIS GRAFTS AGAIN, OR CAUSE HIS GRAFTS TO DARKEN.
PLEASE ALLOW HIM TO WEAR THE FOREARM SLEEVES ONLY WHEN HE GOES OUTSIDE.

THANK YOU FOR YOUR HELP!

Adrienne Spelyng, CHT

ADRIENNE SPELYNG, OTR/L, CHT

I/m issued a copy of these instructions 4/22/06

HEALTH RECORD
INMATE COPY

REHABILITATION SERVICES
200 WEST ARBOR DRIVE, # 8775 SAN DIEGO, CALIFORNIA 92103-8775 TEL: (619) 543-2706 FAX: (619) 543-7808

RECEIVED CAL APPEALS NOV 01 2006

A 000035 89

STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS

# COMPREHENSIVE ACCOMMODATION CHRONO

**INSTRUCTIONS:** A physician shall complete this form if an inmate requires an accommodation due to a medical condition. Circle P if the accommodation is to be permanent, or T if the accommodation is to be temporary. If the accommodation is temporary, write the date the accommodation expires on the line. A new form shall be generated when a change to an accommodation is required or upon renewal of a temporary accommodation. Any new form generated shall include previous accommodations, if they still apply. Chronos indicating permanent accommodations shall be reviewed annually. This form shall be honored as a permanent chrono at all institutions.

## A. HOUSING

| | | | | |
|---|---|---|---|---|
| None | | | (Bottom Bunk) | P / (T) 11/10/06 |
| Barrier Free/Wheelchair Access | P / T | | (Single Cell) (See 128-C date: ____ ) | P / (T) 11/10/06 |
| Ground Floor Cell | P / T | | Permanent OHU / CTC (circle one) | P / T |
| Continuous Powered Generator | P / T | | (Other) WALK ALONE | P / (T) 11/10/06 |

## B. MEDICAL EQUIPMENT/SUPPLIES

| | | | |
|---|---|---|---|
| None | | Wheelchair: (type) | P / T |
| Limb Prosthesis | P / T | Contact Lens(es) & Supplies | P / T |
| Brace | P / T | Hearing Aid | P / T |
| Crutches | P / T | Special Garment: (specify) | P / T |
| Cane: (type) | P / T | Rx. Glasses: | P / T |
| Walker | P / T | Cotton Bedding | P / T |
| Dressing/Catheter/Colostomy Supplies | P / T | Extra Mattress | P / T |
| Shoe: (specify) | P / T | | |
| Dialysis Peritoneal | P / T | (Other) HAND SPLINTS | (P) / T |

## C. OTHER

| | | | |
|---|---|---|---|
| (None) | | Therapeutic Diet: (specify) | P / T |
| Attendant to assist with meal access and other movement inside the institution. | P / T | Communication Assistance | P / T |
| Attendant will not feed or lift the inmate/patient or perform elements of personal hygiene. | | Transport Vehicle with Lift | P / T |
| | | Short Beard | P / T |
| Wheelchair Accessible Table | P / T | Other | P / T |

## D. PHYSICAL LIMITATIONS TO JOB ASSIGNMENTS

Based on the above, are there any physical limitations to job assignments? ☒ Yes ☐ No

If yes, specify: CAN NOT USE HAND WELL — NEEDS TO GO TO COMMITTEE FOR MEDICAL UNASSIGNMENT

| INSTITUTION | COMPLETED BY (PRINT NAME) | TITLE |
|---|---|---|
| CAL PATRIA | M. LEVIN MD | CMO/HCM |

| SIGNATURE | DATE | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| [signature] MD | 5/10/06 | Guadarrama P54739 DOB 1/10/87 A5-112L |
| HCM/CMO SIGNATURE [signature] MD | DATE 5/10/06 | |
| (CIRCLE ONE) (APPROVED) DENIED | CC: HOUSING R&R SMTA | |

RECORD COPY

COMPREHENSIVE ACCOMMODATION CHRONO

Distribution:

Both Nakes to cigar and Emedo

| ADMISSION DATE & TIME | PRIMARY LANGUAGE IF NOT ENGLISH | MODE OF TRANSFER | VITAL SIGNS | HEIGHT / INCHES | WEIGHT LBS | MEASURED |
|---|---|---|---|---|---|---|
| 10/04/05 2415 | Spanish | [X] AMBULATORY | PULSE 111 | 5' 5" | 160 | [ ] STANDING |
| | | [ ] WHEELCHAIR | BLOOD PRESSURE 189/120 | [X] STATED | | [ ] CHAIR |
| | [ ] SIGN LANGUAGE | [ ] GURNEY | REPIRATORY 16 TEMP. 97.7 | [ ] MEASURED | [X] STATED | [ ] BED |

ADMITTING DIAGNOSIS Bilat Hand Burns & graft site (flaps)

INSTRUCTION OF ROUTINES AND SERVICES TO PATIENT

[X] NURSE CALL SYSTEM [X] HOSPITAL RULES & REGULATIONS [ ] TELEPHONE [ ] BATHROOM

[X] BED [ ] SIDE RAILS [X] SMOKING POLICY [ ] TELEVISION [ ] PERSONAL PROPERTY

REASON FOR ADMISSION (PRIMARY SIGNS / SYMPTOMS, CHIEF COMPLAINT, HISTORY OF PRESENT ILLNESS, PERCEPTION OF ILLNESS / TREATMENT / GOALS)

Bilateral Hand Burns 2° + HTN

PRESENT COMFORT LEVEL [ ] NO APPARENT DISTRESS

rates 8 on a 1/10 scale

CHRONIC HEALTH PROBLEMS (INCLUDE HOSPITALIZATIONS)

Denies

SURGERIES

I & D, + graft sites to hands, Donor skin site to thigh

PSYCHO/SOCIAL [ ] ANXIETY [ ] TERMINAL DIAGNOSIS [ ] FAMILY PROBLEM [ ] SUICIDE THREAT [ ] ANGER [ ] WITHDRAWN [ ] HISTORY OF MENTAL ILLNESS

COMMENTS:

WNL Calm + cooperative

ALLERGIES

[X] NONE [ ] MEDICATION

CURRENT MEDICATION (PRESCRIBED / NON-PRESCRIBED)

| MEDICATION | DOSAGE | FREQUENCY | LAST DOSE | MEDICATION | DOSAGE | FREQUENCY | LAST DOSE |
|---|---|---|---|---|---|---|---|
| Vicodin | Unk | | | | | | |
| Metoprolol | | | | | | | |
| | | | | | | | |

NUTRITION

[X] DENIES PROBLEM [ ] POOR APPETITE [ ] DIFFICULTY CHEWING [ ] DIFFICULTY SWALLOWING

DENTURES [X] NO [ ] YES [ ] PARTIAL

RECENT DIETARY RESTRICTIONS

PERSONAL HABITS TYPE / AMOUNT PER DAY [X] DENIES USE

[ ] CAFFEINE BEVERAGES

[ ] ALCOHOL / DRUGS

[ ] TOBACCO

FOOD INTOLERANCE

| FACILITY | PHYSICIAN | ROOM NO. | CDC NUMBER, NAME (LAST, FIRST, MI) |
|---|---|---|---|
| Cal | Chan | 7 | Guadarrama J. P54739 |

HEALTH RECORD INMATE COPY

ADMISSION ASSESSMENT

CONTINUED ON REVERSE

CDC 7202 (4/93)

RECEIVED CAL APPEALS NOV 0 1 2006

- [ ] ORIENTED
- [ ] SLOW TO RESPOND / COMPREHEND
- [ ] DISORIENTED
- [ ] LETHARGIC

SENSORY LIMITATIONS

- [ ] NONE NOTED
- [ ] TOUCH
- [ ] TASTE
- [ ] SPEECH
- [ ] SMELL
- [ ] SIGHT
- [ ] HEARING

| | IF PATIENT USES | | IF WITH PATIENT |
|---|---|---|---|
| GLASSES | [ ] | | [ ] |
| CONTACT LENSES | [ ] RIGHT | [ ] LEFT | [ ] |
| HEARING AID | [ ] RIGHT | [ ] LEFT | [ ] |

RESPIRATORY

- [x] NORMAL LIMITS (RATE)
- [ ] ACCESSORY MUSCLES
- [ ] DSYPNEA
- [ ] ORTHOPNEA
- [ ] COUGH
- [ ] ABNORMAL BREATH SOUNDS
- [ ] SEASONAL BREATHING DIFFICULTIES
- [ ] OXYGEN
- [ ] NASAL FLARING
- [ ] TRACHEOSTOMY
- [ ] SECRETIONS
- [ ] OTHER

CARDIOVASCULAR

- [x] REGULAR RHYTHM
- [ ] RATE WITHIN NORMAL LIMITS
- [ ] ABNORMAL HEART SOUNDS
- [ ] ABNORMAL PULSES APICAL / RADIAL / PEDAL
- [ ] PACEMAKER
- [ ] JUGULAR VEIN DISTENTION
- [ ] CALF TENDERNESS
- [ ] OTHER

ELIMINATION

BLADDER

- [x] DENIES PROBLEM
- [ ] NOCTURIA
- [ ] BURNING
- [ ] URGENCY
- [ ] URINARY INCONTINENCE
- [ ] OTHER
- URINARY FREQUENCY
- [ ] CATHETER:
- DATE PLACED

BOWEL

- [x] DENIES PROBLEM
- USUAL BOWEL PATTERN
- LAST BM
- [ ] LAXATIVE USE (LIST UNDER MEDICATION)
- [ ] OTHER AIDS
- [ ] OSTOMY - TYPE

FUNCTIONAL STATUS (LEVEL OF SELF CARE)

MOBILITY LIMITATIONS

- [ ] NO LIMITATIONS
- [ ] WALKING
- [ ] STAIRS
- [ ] TRANSFER
- [ ] STANDING
- [ ] TURNING IN BED
- [ ] GENERALIZED WEAKNESS
- [x] OTHER HANDS — unable to use hands due to burns

DEVICES TO AID MOBILITY

| | IF PATIENT USES | IF WITH PATIENT |
|---|---|---|
| [ ] NONE | | |
| CANE / CRUTCHES / WALKER | [ ] | [ ] |
| ARTIFICIAL LIMBS [ ] R [ ] L | [ ] | [ ] |
| BRACE | [ ] | [ ] |

WEAKNESS/PARALYSIS due to burns to hands

- [x] UPPER EXTREMITY [ ] R [ ] L
- [ ] LOWER EXTREMITY [x] R [x] L to hands

ASSISTANCE REQUIRED

- [x] HYGIENE / GROOMING
- [x] DRESSING
- [x] MEALS
- [x] OTHER

SKIN

- [ ] NORMAL TURGOR, TEMPERATURE & COLOR except for burn sites & graft site
- [x] INTACT, MOIST MUCOUS MEMBRANES for pt to maker
- [ ] EDEMA
- [ ] DRY
- [ ] DIAPHORETIC
- [ ] JAUNDICED
- [ ] SCALY
- [ ] CYANOTIC
- [ ] FLUSHED
- [ ] PALE
- [ ] RASH
- [x] OTHER

SKIN ASSESSMENT CODE

- [ ] NO PROBLEM
- B - BRUISES
- D - DECUBITIS GRADE I II III IV (CIRCLE)
- L - LACERATIONS
- S - SCAR
- R - RASH
- A - ABRASIONS
- B - BURN — c grafts

Dressing c hand splints

X - Donor skin site

Pt. [illegible] hand burns. noted [illegible] hands dressing D/I c hand [illegible] arm braces. I/m able to wiggle fingers. I/m also [illegible] to hands. Skin donor site noted to thigh area. I/m [illegible] [illegible]. placed a [illegible] # [illegible]. VS taken c [illegible] for hand sites. [illegible] made for I/m. I/m needs assist c ADL's. — [signature]

SIGNATURE [signature] RN

FACILITY [illegible]

PHYSICIAN [signature]

ROOM NO. 7

CDC NUMBER, NAME (LAST, FIRST, MI)

Gagdarrama, J

P54739

ADMISSION ASSESSMENT

CONTINUED FROM REVERSE

7202 (4/93)

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

EXHIBIT
"H"

GUADARRAMA ,JORGE MR#: 08262339 LAB
Pt#: 58118191 M 01/10/1981 Age: 26 ANC

---

Report: OP REPORTS Typ Date: 12/06/06 ST Date: 12/05/06 Status: FINAL
Description: Operative Report
12/05/06

Dictating Practitioner: Mayer Tenenhaus, M.D.

Staff Physician: Mayer Tenenhaus, M.D.

Date of Operation: 12/05/2006

PREOPERATIVE DIAGNOSIS: Scar, tethering, adhesions, symptomatic contracture, left hand, thumb, status post major flap and graft reconstruction.
POSTOPERATIVE DIAGNOSIS: Scar, tethering, adhesions, symptomatic contracture, left hand, thumb, status post major flap and graft reconstruction.
OPERATION: Elevation of flap, defatting of flap, advancement flap, Z-plasty, extensor tenolysis and placement of Integra implantable.
ATTENDING SURGEON: M. Tenenhaus ASST: T. Neuschwander

ANESTHESIA: General.
ESTIMATED BLOOD LOSS: Minimal.
COMPLICATIONS: None.
ANTIBIOTICS: Ancef.

BRIEF HISTORY AND INDICATIONS: The patient had very complicated bilateral upper extremity reconstructions, and he has done beautifully. He is having some contracture at approximately the level of the IP radially on the thumb with some tethering or drying across the nail over the extensor with some adhesions and also a bit of a thick flap. We discussed at great length with the patient the risks, benefits, options and alternatives. He understands he can lose the flap and it can certainly make things a lot worse, but he understands this and he really is motivated and wants the surgery. It is true that he does have all of these issues. They are real.

PROCEDURE: Informed consents were obtained. These were meticulously explained to the patient and he was brought to the operating theater. The areas were sterilely prepared and draped in the usual sterile fashion. The appropriate bolsters and supports were in place. Everything was done under loupe magnification and tourniquet control. We worked directly over the areas that were bothering him. We really marked them out very carefully. We started to raise the flap, particularly at the area that concerned him, maintaining a free satisfactory length to width ratio, and at the same time, releasing the flap so it would mobilize and advance distally.

We also used this opportunity to defat the flap and make it a little thinner and prettier for him, and also allow us to advance nicely. The extensor tendon was tenolysed. There was tension and exposure, kind of a drawing of the nail bed with a nail deformity, and so we raised this distal flap and elevated it. We advanced it to cover the area. The patient preferred this over flaps directly taken from the distal phalanx. This was advanced and inset here with interrupted nylon sutures. Care was maintained to prevent any further injury to the nail, eponychial fold, nail bed, etc.

========================TEXT CONTINUED ON NEXT PAGE========================

GUADARRAMA ,JORGE MR#: 08262339 LAB
Pt#: 58118191 M 01/10/1981 Age: 26 ANC

Report: OP REPORTS Typ Date: 12/06/06 ST Date: 12/05/06 Status: FINAL
Description: Operative Report

The defatted and elevated flap was continued proximally until it advanced and really covered the whole area nicely. Just by defatting it, all of a sudden there was so much more length and just advancing it, and there was a very robust blood flow to this flap. We could confirm this by dropping the tourniquet and we could see everything, even the extremity, the digits, the flap perfused beautifully. The level of the IP scar was freed with a Z-plasty, meticulous dissection, staying away from the neurovascular bundle.

Prior to closure, we placed the IMWD, the implantable Integra, overlying the tendon and minimized further adhesions, and then the flap was inset into the intricacies of the wound and sutured into position with fine nylons. A very well-cushioned, protective splint was placed for him. He tolerated the procedure extremely well. As noted, all the digits, everything, perfused beautifully. He tolerated the procedure well. Full followup and care instructions were given.

Signature Derived From Controlled Access Password
Mayer Tenenhaus, M.D. 12/12/2006 12:32
DD: 12/05/2006 DT: 12/06/2006 9:24 A DocNo.: 1433504
MT/r10 0454872.MC

Primary Care Physician:
CALIPATRIA STATE

cc:

================================END OF REPORT================================
07:00 07/30/07 FROM WS95,RENCTMF1
HE255568

# VERIFICATION

STATE OF CALIFORNIA
COUNTY OF IMPERIAL

(C.C.P. SEC.446 & 201.5; 28 U.S.C. SEC. 1746)

I, JORGE GUADARRAMA DECLARE UNDER PENALTY OF PERJURY THAT: I AM THE PLAINTIFF IN THE ABOVE ENTITLED ACTION; I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS TWENTIETH DAY OF: APRIL 2008 AT CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA #92233-5002

(SIGNATURE) [signature]
(DECLARANT/PRISONER)

# PROOF OF SERVICE BY MAIL

(C.C.P. SEC.1013 (a) & 2015.5; 28 U.S.C. SEC.1746)

I, JORGE GUADARRAMA AM A RESIDENT OF CALIPATRIA STATE PRISON, IN THE COUNTY OF IMPERIAL, STATE OF CALIFORNIA. I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM / NOT A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: P.O. BOX 5002. CALIPATRIA, CALIFORNIA #92233-5002.

ON APRIL 20, 2008 I SERVED THE FOREGOING: UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA, OFFICE OF THE CLERK, 880 FRONT STREET, SUITE 4290, SAN DIEGO, CALIFORNIA. 92101-8900

*(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)*

ON THE PARTY (S) HEREIN BY PLACING A TRUE COPY (S) THEREOF, ENCLOSED IN A SEALED ENVELOPE (S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA #92233-5002.

(SEE ATTACHED EXHIBIT LIST)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
880 FRONT STREET, SUITE 4290
SAN DIEGO, CALIFORNIA. 92101-8900

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: APRIL 20, 2008. [signature]
*(DECLARANT/PRISONER)*