**FILED**

MAY 19 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 18 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JORGE GUADARRAMA,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>THE STATE OF CALIFORNIA; et al.,<br><br>Defendants - Appellees. | No. 08-55421<br><br>D.C. No. 3:08-cv-00078-H-AJB<br>Southern District of California,<br>San Diego<br><br>ORDER |

Before: B. FLETCHER, FISHER and PAEZ, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the orders challenged in the appeal are not final or appealable. *See Wilborn v. Escalderon*, 789 F.2d 1328, 1330 (9th Cir. 1986) (denial of appointment of counsel in civil case is not appealable); *WMX Techs., Inc. v. Miller*, 104 F.3d 1133, 1136 (9th Cir. 1997) (dismissal of complaint with leave to amend is not appealable). Consequently, this appeal is dismissed for lack of jurisdiction.

MF/Pro Se