UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 26 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| JORGE GUADARRAMA,<br><br>　　　　Plaintiff - Appellant,<br><br>　V.<br><br>THE STATE OF CALIFORNIA; JAMES E. TILTON, Secretary, CDCR L. E. SCRIBNER; M. LEVIN, Chief Medical Officer; K. BALL M.D.; F. LO, M.D.; C. GRAY, SRN; M. CORREA, SRN; E. ORDUNO RN; S. ORTIZ, RN,<br><br>　　　　Defendants - Appellees. | No. 08-55421<br>D.C. No. 3:08-cv-00078-H-AJB<br>Southern District of California, San Diego<br><br>MANDATE |



The judgment of this Court, entered 04/18/08, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　Molly C. Dwyer
　　　　　　　　　　Clerk of Court

　　　　　　　　　　By: Rhonda Roberts
　　　　　　　　　　Deputy Clerk

FILED

APR 18 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JORGE GUADARRAMA,<br><br>　　　　Plaintiff - Appellant,<br><br>v.<br><br>THE STATE OF CALIFORNIA; et al.,<br><br>　　　　Defendants - Appellees. | No. 08-55421<br><br>D.C. No. 3:08-cv-00078-H-AJB<br>Southern District of California,<br>San Diego<br><br>ORDER |

Before: B. FLETCHER, FISHER and PAEZ, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the orders challenged in the appeal are not final or appealable. *See Wilborn v. Escalderon*, 789 F.2d 1328, 1330 (9th Cir. 1986) (denial of appointment of counsel in civil case is not appealable); *WMX Techs., Inc. v. Miller*, 104 F.3d 1133, 1136 (9th Cir. 1997) (dismissal of complaint with leave to amend is not appealable). Consequently, this appeal is dismissed for lack of jurisdiction.

MF/Pro Se