AO 440 (Rev 5/85) Summons in a Civil Action

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Jorge Guadarrama

vs

F. Lo, MD; E. Orduno, RN; S. Ortiz, RN, Does 1-15, Inclusive

**SUMMONS IN A CIVIL ACTION**

Case No.    08-CV-0078 H(AJB)

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Jorge Guadarrama P-54739
California State Prison
P.O. BOX 5002, ASU 138 LOW
Calipatria, CA 92233

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

Clerk of Court

A. Garcia

(SEAL)

July 9, 2008

DATE

By, Deputy Clerk

AO 440 (Rev 5/85) Summons in a Civil Action