JORGE GUADARRAMA P-54734
CALIPATRIA STATE PRISON
P.O. BOX 5002, ASU 128 LOW
CALIPATRIA, CALIFORNIA 92233

PLAINTIFF IN PRO PER

FILED
2008 AUG -4 PM 4: 20
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____RM_____DEPUTY

NUNC PRO TUNC
JUL 28 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

JORGE GUADARRAMA,
       PLAINTIFF,
V.

THE STATE OF CALIFORNIA,
ET AL.,
       DEFENDANT.

CIVIL NO.: 08-CV-0078 H (AJB)

NOTICE OF MOTION OBJECTING TO THIS COURT ORDER DISMISSING DEFENDANTS' STATE OF CALIFORNIA, TILTON, SCRIBNER, LEVIN, BALL, GRAY, AND CORREA; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF JORGE GUADARRAMA.

TO THE ABOVE-ENTITLED COURT:

NOTICE IS HEREBY GIVEN THAT THE ABOVE-NAMED PLAINTIFF, HEREBY OBJECTS TO THIS COURT ORDER DISMISSING DEFENDANTS' STATE OF CALIFORNIA, TILTON, SCRIBNER, LEVIN, BALL, GRAY, AND CORREA DATED JULY 07, 2008.

THIS MOTION IS BASED ON THE NOTICE OF MOTION, THE MOTION ITSELF, THE MEMORANDUM OF POINTS AND AUTHORI-

-1-

1  TIES, AND THE ATTACHED DECLARATION
2  OF JORGE GUADARRAMA.
3  DATED:                    RESPECTFULLY SUBMITTED,
4  JULY 22, 2008.
5                             JORGE GUADARRAMA
6                             P-54739
7                             PLAINTIFF IN PRO PER