JORGE GUADARRAMA P-54739
CALIPATRIA STATE PRISON
P.O. BOX 5002, ASU 138 LOW
CALIPATRIA, CALIFORNIA. 92233

PLAINTIFF IN PRO PER

FILED
2008 AUG -4 PM 4:20
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____Rm_____ DEPUTY

**NUNC PRO TUNC**
JUL 28 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

JORGE GUADARRAMA,
                PLAINTIFF,
V.

THE STATE OF CALIFORNIA,
ET AL.,
                DEFENDANT.

CIVIL No.: 08-CV-0078 H(AJB)
MEMORANDUM OF POINTS AND AUTHORITIES

LEGAL MEMORANDUM IN SUPPORT OF MOTION OF OBJECTION

STATEMENT OF FACTS

PLAINTIFF JORGE GUADARRAMA, HEREBY OBJECTS TO THIS COURT ORDER DISMISSING DEFENDANTS' STATE OF CALIFORNIA, TILTON, SCRIBNER, LEVIN, BALL, GRAY, AND CORREA DATED JULY 07, 2008.

-3-

08CV0078

## STATEMENT OF LEGAL AUTHORITY

FOR CAUSE SHOWN IN THE DECLARATION OF JORGE GUNDARRAMA ATTACHED HERETO, AND UNDER THE AUTHORITY OF FEDERAL RULE OF APPELLATE PROCEDURE 4(a)(1)(A). PLAINTIFF OBJECTS AND PRESERVE THE ISSUE FOR APPEAL.

## ARGUMENT IN SUPPORT OF OBJETION

THAT ON FEBRUARY 20, 2008 THIS COURT DISMISSED PLAINTIFF'S COMPLAINT PURSUANT TO 28 U.S.C. § 1915(e)(2)(B) AND § 1915 A(b). HOWEVER, PLAINTIFF WAS GRANTED 45 (FORTY FIVE) DAYS LEAVE FROM THE ABOVE DATE ORDER IN WHICH TO FILE A FIRST AMENDED COMPLAINT WHICH CURES ALL THE DEFICIENCIES OF PLEADINGS NOTED ABOVE.

PLEASE NOTE THAT PLAINTIFF WAS [O]NLY GIVEN 8 (EIGHT) HOURS OF ACCESS TO THE LAW LIBRARY FOR THE MONTH OF MARCH. WHICH PLAINTIFF WAS BASICALLY FORCED TO SHARE 8 HOURS OF ACCESS TO THE LAW LIBRARY FOR BOTH COURT DEADLINE[S] TO DO THE RESEARCH WHICH WAS INADEQUATE.

-4-

08CV0078

IN ADDITION, PLAINTIFF IS AN INMATE CURRENTLY CONFINED IN ASU (ADMINISTRATIVE SEGREGATION UNIT) AND INMATES' IN THIS HOUSING UNIT ARE ONLY ALLOW ACCESS TO A YARD LAW LIBRARY ON WEDNESDAYS OR FRIDAYS FOR 2 (TWO) HOUR SESSION(S). WHICH CONSIST OF TWO SESSION: THE FIRST SESSION IS (0900-1100) AND THE SECOND SESSION IS (1300-1500). WHICH IS NOT A GUARANTEE' EVEN FOR INMATES' THAT HAVE A COURT DEADLINE IF THE LIBRARY TECHNICAL ASSISTANT (LTA) DECIDES TO CANCEL ON THIS ABOVE DATES.

## CONCLUSION

FOR THE REASONS AND BASED ON THE LAW SET FORTH ABOVE, PLAINTIFF IS ENTITLED TO THIS OBJECTION AND PRESERVE THIS ISSUE FOR APPEAL.

DATED: JULY 22, 2008.

RESPECTFULLY SUBMITTED,

JORGE GUADARRAMA
P-54739
PLAINTIFF IN PRO PER

## DECLARATION OF JORGE GUADARRAMA

I, JORGE GUADARRAMA, DECLARE:

1). I AM AN INMATE PRESENTLY HOUSED IN THE ASU #1 (ADMINISTRATIVE SEGREGATION UNIT).

2). THAT ON FEBRUARY 26, 2008, PLAINTIFF RECEIVED AN ORDER FROM THE SOUTHERN DISTRICT DISMISSING PLAINTIFF'S COMPLAINT PURSUANT TO 28 U.S.C. § 1915 (e)(2)(B) AND § 1915 A(b). HOWEVER, PLAINTIFF WAS GRANTED 45 (FORTY FIVE) DAYS LEAVE FROM FEBRUARY 26, 2008 IN WHICH TO FILE A FIRST AMENDED COMPLAINT WHICH CURES ALL THE DEFICIENCIES OF PLEADING NOTE ABOVE. SEE FEB. 20, 2008 ORDER AT 7.

3). THAT ON MARCH 04, 2008, PLAINTIFF RECEIVED AN ORDER FROM THE SOUTHERN DISTRICT GRANTING PLAINTIFF'S MOTION FOR 30 DAY EXTENSION OF TIME TO FILE AN OBJECTION TO THE COURT'S DENIAL OF APPOINTMENT OF COUNSEL. SEE FEB. 28, 2008 ORDER AT 1.

4). THAT PLAINTIFF HAD 2 (TWO) COURT DEADLINES TO MEET FROM THE UNITED STATE DISTRICT COURT, SOUTHERN

-6-

08CV0078

DISTRICT OF CALIFORNIA WHICH GOES AS FOLLOWS:

a). A, FORTY FIVE (45) DAY COURT ORDER STARTING FEBRUARY 20, 2008, WHICH I WAS TO RECEIVE 30 DAYS COURT DEADLINE FROM THOSE 45 DAYS OF WHICH THE LAW LIBRARY OFFICER T. BARRAJAZ INFORMED PLAINTIFF, THAT THE LIBRARY TECHNICAL ASSISTANT (LTA) HAD INSTRUCTED.

b). A, THIRTY (30) DAY COURT ORDER STARTING MARCH 04, 2008, WHICH THE LAW LIBRARY OFFICER T. BARRAJAZ INFORMED PLAINTIFF THAT HE WILL START THE FIRST 30 DAYS FROM MARCH 01 THROUGH APRIL 01, 2008, AND THE SECOND 30 DAYS STARTING FROM MARCH 05 THROUGH APRIL 05, 2008.

5). THAT ON THE FOLLOWING DAYS OF MARCH 2008, THE LAW LIBRARY HAS BEEN CANCEL AND/OR THE FIRST OR SECOND SESSION(S) HAVE BEEN CANCEL:

a). MARCH 05, 2008, LAW LIBRARY CANCEL FIRST (0900-1100), AND SECOND (1300-1500) SESSION(S).

b). MARCH 07, 2008, SECOND SESSION CANCEL.

-7-

08CV0078

c). MARCH 21, 2008, SECOND SESSION CANCEL.

d). MARCH 28, 2008, LAW LIBRARY CANCEL FIRST, AND SECOND SESSION(S).

6). THAT PLAINTIFF WAS ONLY GIVEN 8 (EIGHT) HOURS OF ACCESS TO THE LAW LIBRARY FOR THE MONTH OF MARCH 2008, AS FOLLOWS:

a). MARCH 07, 2008, FIRST SESSION 2 (TWO) HOURS OF ACCESS.

b). MARCH 12, 2008, FIRST, AND SECOND SESSION(S) 4 (FOUR) HOURS OF ACCESS.

c). MARCH 21, 2008, FIRST SESSION 2 (TWO) HOURS OF ACCESS.

WHICH IS INADEQUATE TIME AND/OR ACCESS TO SUBMIT TWO DIFFERENT COURT DEADLINE DOCUMENTS AND BE SUFFICIENT.

7). THEREFORE, FOR THE REASONS AND BASED ON THE LAW SET FORTH HEREIN, PLAINTIFF IS ENTITLED TO THIS OBJECTION AND PRESERVE THIS ISSUE FOR APPEAL.

I HEREBY DECLARE UNDER THE PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT I HAVE READ THE ABOVE STATEMENT AND IT IS TRUE AND CORRECT TO MY PERSONAL KNOWLEDGE, AND TO THOSE STATEMENTS BASED ON INFORMATION AND BELIEF, I BELIEVE THEM TO BE TRUE. THAT THIS DECLARATION WAS EXECUTED THIS __TWENTY-SECOND__ DAY OF __JULY__, 2008 AT CALIPATRIA, CALIFORNIA.

RESPECTFULLY SUBMITTED,

*[signature]*

JORGE GUADARRAMA

P-54739

DECLARANT - PLAINTIFF IN PRO PER

-9-

08CV0078

# *VERIFICATION*

## STATE OF CALIFORNIA
## COUNTY OF IMPERIAL

(C.C.P. SEC.446 & 201.5; 28 U.S.C. SEC. 1746)

I, **JORGE GUADARRAMA**, DECLARE UNDER PENALTY OF PERJURY THAT: I AM THE **PLAINTIFF** IN THE ABOVE ENTITLED ACTION; I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS **TWENTY-SECOND** DAY OF: **JULY**, 20**08** AT CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA #92233-5002

(SIGNATURE) *[signed]*
(DECLARANT/PRISONER)

## *PROOF OF SERVICE BY MAIL*

(C.C.P. SEC.1013 (a) & 2015.5; 28 U.S.C. SEC.1746)

I, **JORGE GUADARRAMA**, AM A RESIDENT OF CALIPATRIA STATE PRISON, IN THE COUNTY OF IMPERIAL, STATE OF CALIFORNIA. I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM / NOT A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: P.O. BOX 5002, CALIPATRIA, CALIFORNIA #92233-5002.

ON **JULY 22**, 20**08** I SERVED THE FOREGOING: **UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA, OFFICE OF THE CLERK, 880 FRONT STREET, SUITE 4290, SAN DIEGO, CALIFORNIA. 92101-8900**

(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)

ON THE PARTY (S) HEREIN BY PLACING A TRUE COPY (S) THEREOF, ENCLOSED IN A SEALED ENVELOPE (S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA #92233-5002.

1). NOTICE OF MOTION OBJECTING TO THIS COURT ORDER DISMISSING DEFENDANTS' STATE OF CALIFORNIA, TILTON, SCRIBNER, LEVIN, BALL, GRAY, AND CORREA.
2). MEMORANDUM OF POINTS AND AUTHORITIES.
3). DECLARATION OF JORGE GUADARRAMA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
880 FRONT STREET., SUITE 4290
SAN DIEGO, CALIFORNIA. 92101-8900

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: **JULY 22, 2008**

*[signed]*
(DECLARANT/PRISONER)