**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

FILED

2008 AUG 22  AM 11: 04

SOUTHERN DISTRICT OF CALIFORNIA

RM

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| JORGE GUADARRAMA | 08-CV-0078 H (AJB) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| F. LO | SERVICE OF SUMMONS WITH COMPLAINT |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
F. LO, M.D.

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
CALIPATRIA STATE PRISON 7018 BLAIR ROAD, CALIPATRIA, CALIFORNIA 92233

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

JORGE GUADARRAMA P-54739
CALIPATRIA STATE PRISON
P.O. BOX 5002, ASU 138 LOW
CALIPATRIA, CALIFORNIA 92233

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                      Fold

FOR EXACT LOCATION OF DEFENDANT F. LO IN THE INSTITUTIONAL GROUNDS CALL THE OFFICE OF THE LITIGATION COORDINATORS, YOU MAY WANT TO SPEAK WITH GABRIELA NUNEZ, LITIGATIONS COORDINATOR OR IRMA MORENO, OFFICE TECHNICIAN (LITIGATIONS OFFICE). PHONE: (760) 348-7000

| Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER N/A | DATE 07/14/2008 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 98 | District to Serve No. 98 | Signature of Authorized USMS Deputy or Clerk  Scott | Date 7/21/08 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service | Time | am / pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: 7/21/08-Sent S&C
08/21/08-Returned unexecuted. Per litigation coordinator, this aft is a contracted physician & not there.

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

AO 440 (Rev 5/85) Summons in a Civil Action

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Jorge Guadarrama

vs

F. Lo, MD; E. Orduno, RN; S. Ortiz, RN,
Does 1-15, Inclusive

**SUMMONS IN A CIVIL ACTION**

Case No.    08-CV-0078 H(AJB)

TO: (Name and Address of Defendant)

F. LO, M.D.
CALIPATRIA STATE PRISON
7018 BLAIR ROAD
CALIPATRIA, CALIFORNIA. 92233

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

> Jorge Guadarrama P-54739
> California State Prison
> P.O. BOX 5002, ASU 138 LOW
> Calipatria, CA 92233

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

Clerk of Court

A. Garcia    (SEAL)

By, Deputy Clerk

July 9, 2008

DATE

AO 440 (Rev 5/85) Summons in a Civil Action