1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  KRISTIN G. HOGUE
   Supervising Deputy Attorney General
3  DAVID F. TAGLIENTI, State Bar No. 131622
   Deputy Attorney General
4    110 West A Street, Suite 1100
     San Diego, CA 92101
5    P.O. Box 85266
     San Diego, CA 92186-5266
6    Telephone: (619) 645-2015
     Fax: (619) 645-2012
7    Email: David.Taglienti@doj.ca.gov

8  Attorneys for Defendants E. Orduno and S. Ortiz

9            IN THE UNITED STATES DISTRICT COURT

10           FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  JORGE GUADARRAMA, | Case No.: 08-cv-00078 H (AJB) |
| 13                    Plaintiff, | NOTICE OF MOTION AND MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(6); MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF |
| 14       v. | |
| 15  JAMES E. TILTON; THE SECRETARY FOR C.D.C.R.; L.E. SCRIBER, THE WARDEN; M. LEVIN, CMO; K. BALL, M.D.; F. LO, M.D.; C. GRAY, SRN; M. CORREA, SRN; E. ORDUNO, RN; S. ORTIZ, RN; AND DOES 1 THROUGH 15, INCLUSIVE, | Date:      October 20, 2008<br>Time:      10:30 a.m.<br>Courtroom: 13<br><br>Honorable Marilyn L. Huff |
| 18                    Defendants. | |

20       TO PLAINTIFF, JORGE GUADARRAMA, *IN PRO SE*:

21       PLEASE TAKE NOTICE that on October 20, 2008, at 10:30 a.m., or as soon

22  thereafter as counsel may be heard, in Courtroom 13 of the above-entitled court, located at 880

23  Front Street, San Diego, California, before the Honorable Marilyn L. Huff, United States District

24  Judge, Defendants E. Orduno and S. Ortiz will move this Court for an order dismissing the

25  Complaint on the grounds Plaintiff has not stated a claim upon which relief can be granted

26  against these moving Defendants under Fed. R. Civ. P. 12(b)(6).

27  / / /

28  / / /

1  This motion will be based on this Notice of Motion and Motion, the Memorandum of
2  Points and Authorities filed herewith, the papers and pleadings on file herein, and such oral and
3  documentary evidence as shall be introduced at the time of the hearing, if any, on the motion.

4  <u>MOTION TO DISMISS</u>

5  COME NOW Defendants E. Orduno and S. Ortiz and move this Court for an order
6  dismissing the Complaint with prejudice on the ground Plaintiff has not stated facts sufficient to
7  state a claim for relief against these moving Defendants under Fed. R. Civ. P. 12(b)(6).

8  WHEREFORE, these moving Defendants pray as follows:

9  1.  That the Complaint be dismissed in its entirety with prejudice as to these moving
10 Defendants;

11 2.  That Plaintiff be ordered to take nothing from these moving Defendants;

12 3.  That judgment be entered in favor of these moving Defendants; and

13 4.  That these moving Defendants be awarded costs of suit and attorneys' fees
14 incurred herein.

15 Dated:  September 18, 2008

16                                                       EDMUND G. BROWN JR.
   Attorney General of the State of California
17 KRISTIN G. HOGUE
   Supervising Deputy Attorney General
18

19

20                                                        s/David F. Taglienti
   DAVID F. TAGLIENTI
21 Deputy Attorney General

22 Attorneys for Defendants E. Orduno and
   S. Ortiz
23

24 80280539.wpd

25

26

27

28