# CERTIFICATE OF SERVICE BY U.S. MAIL

Court Name: **U.S.D.C., Southern District**
Case Name: **Guadarrama v. Tilton**
Case No.: **08-cv-00078 H (AJB)**

I, the undersigned, declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>September 18, 2008</u>, I served the following documents.

**NOTICE OF MOTION AND MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(6); MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(6)**

I placed true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

Jorge Guadarrama
P-54739
Calipatria State Prison
P.O. Box 5002
Calipatria, CA 92233-5002
In Pro Se

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on September 18, 2008, at San Diego, California.

Tammy Larson                              *[signature: Tammy Larson]*
———————————                         ———————————
Declarant                                  Signature

SD2008802107
80283832.wpd